### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JANE DOE,**                                                                         **CASE NO.:  6:19-cv-02414**

           **Plaintiff,**

       **v.**

**RICKEY PATEL, LLC d/b/a VACATION
INN,  SKY MOTEL, INC., HUUCU NGUYEN
AND CTN MAINGATE INC. d/b/a ROOMBA
INN & SUITES, G6 HOSPITALITY, LLC d/b/a
STUDIO 6,  SWEET ROSE CORPORATION
d/b/a MAGIC CASTLE INN & SUITES,
CPLG HOL, LLC, CPLG PROPERTIES, LLC,
LQ MANAGEMENT, LLC, LA QUINTA
WORLDWIDE LLC, LQ FL PROPERTIES LLC n/k/a
CPLG FL PROPERTIES LLC d/b/a LA QUINTA INN &
SUITES SUNRISE SAWGRASS MILLS #1048, LQ FL
PROPERTIES LLC n/k/a CPLG FL PROPERTIES LLC
d/b/a LA QUINTA INN & SUITES FT. LAUDERDALE
PLANTATION #982, LQ FL PROPERTIES LLC n/k/a
CPLG FL PROPERTIES LLC d/b/a LA QUINTA INN
FORT LAUDERDALE TAMARAC EAST #4006,
8444 INVESTMENTS, LLC d/b/a RODEWAY INN
INTERNATIONAL, SURENDRA  PATEL
d/b/a BUDGET INN OF ORLANDO, MW
PLANTATION, LP d/b/a SAWGRASS INN &
CONFERENCE CENTER,**

         **Defendants.**

_____/

### SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff JANE DOE sues Defendants RICKEY PATEL, LLC d/b/a VACATION INN,

SKY MOTEL, INC., HUUCU NGUYEN  AND CTN MAINGATE INC. d/b/a ROOMBA INN &

SUITES, G6 HOSPITALITY LLC d/b/a STUDIO 6 HOSPITALITY PROPERTY, LLC,  SWEET

ROSE CORPORATION d/b/a MAGIC CASTLE INN & SUITES, CPLG HOL, LLC, CPLG

PROPERTIES, LLC, LQ MANAGEMENT, LLC, LA QUINTA WORLDWIDE LLC, LQ FL PROPERTIES LLC n/k/a CPLG FL PROPERTIES LLC d/b/a LA QUINTA INN & SUITES SUNRISE SAWGRASS MILLS #1048, LQ FL PROPERTIES LLC n/k/a CPLG FL PROPERTIES LLC, d/b/a LA QUINTA INN & SUITES FT. LAUDERDALE PLANTATION #982, LQ FL PROPERTIES LLC n/k/a CPLG FL PROPERTIES LLC d/b/a LA QUINTA INN FORT LAUDERDALE TAMARAC EAST #4006, 8444 INVESTMENTS, LLC d/b/a RODEWAY INN INTERNATIONAL, SURENDRA PATEL d/b/a BUDGET INN OF ORLANDO, and MW PLANTATION, LP d/b/a SAWGRASS INN & CONFERENCE CENTER, (collectively referred to as "the Hotel Defendants"), and alleges:

### SUMMARY

1.      Sex trafficking is modern day slavery.

2.      Plaintiff Jane Doe was born in 1995 and is a survivor of sex trafficking. As a minor, Jane Doe was trafficked for sex in Orlando, Orange County, Florida; Kissimmee, Osceola County, Florida; Ft. Lauderdale, Broward County, Florida; and Plantation, Broward County, Florida.

3.      At all times material to this action, the Hotel Defendants conspired, enabled, and otherwise worked together to sexually traffic and victimize Jane Doe when she was just sixteen (16) years old, in violation of both common law and statutory law, including the Trafficking Victims Protection Reauthorization Act 2003, 18 U.S.C. §1595 ("TVPRA").

4.      Sex trafficking has hit epidemic proportions and has had a devastating effect on the victims and survivors.

5.      Moreover, many hotels, and hotel chains, including the Hotel Defendants, played integral roles in aiding sex trafficking.

6. Indeed, for years, sex trafficking ventures have brazenly operated out of hotels throughout this country, and criminals, working hand-in-hand with hotels, parade their misconduct openly on hotel properties across the United States while the hotels and the hospitality industry remain willfully blind to criminal misconduct, at the expense of human life, human rights, and human dignity.

7. The human trafficking industry as it exists in the United States could not function without the complicity of the hospitality industry year after year after year.

8. Many of these hotels have known for years that criminal sex trafficking of adults and children repeatedly occurs on their properties throughout this country.

9. Rather than take timely and effective measures to prevent human trafficking, these hotel brands, and their respective parent companies, have instead failed to address the open and obvious presence of human trafficking on hotel properties and continued to profit from traffickers renting rooms for the explicit and readily apparent purpose of human trafficking.

10. Plaintiff was sex trafficked, sexually exploited, and victimized repeatedly at the Hotel Defendants' hotels.

## JURISDICTION AND VENUE

11. This Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C. §1331 because this action arises under the Constitution, laws, or treaties of the United States.

12. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claims asserted in this action occurred in the judicial district where this action is brought.

3

## PARTIES

13.     Jane Doe is an individual over the age of eighteen (18) and resides in Florida. She is a "victim" of sex trafficking as that term is defined under the TVPRA and is therefore protected under the applicable provisions of the TVPRA.

14.     Jane Doe prosecutes this action under a pseudonym name for good cause.

15.     For example, identification of Jane Doe may create a risk of retaliatory physical or mental harm. Anonymity of Jane Doe is also necessary to protect privacy for the sensitive and highly personal matters as they relate to Jane Doe. Jane Doe's need for anonymity outweighs the prejudice, if any, to opposing parties. Jane Doe's need for anonymity outweighs the public's interest in knowing her identity.

16.     On March 4, 2020, this Court granted Plaintiff's Motion for Leave to Proceed Anonymously.

## THE HOTEL DEFENDANTS

RICKEY PATEL, LLC d/b/a VACATION INN, SKY MOTEL, INC., HUUCU NGUYEN AND CTN MAINGATE INC. d/b/a ROOMBA INN & SUITES, G6 HOSPITALITY LLC d/b/a STUDIO 6, SWEET ROSE CORPORATION d/b/a MAGIC CASTLE INN & SUITES, CPLG HOL, LLC, CPLG PROPERTIES, LLC, LQ MANAGEMENT, LLC, LA QUINTA WORLDWIDE LLC, LQ FL PROPERTIES LLC n/k/a CPLG FL PROPERTIES, LLC d/b/a LA QUINTA INN & SUITES SUNRISE SAWGRASS MILLS #1048, LQ FL PROPERTIES LLC n/k/a CPLG FL PROPERTIES, LLC, d/b/a LA QUINTA INN & SUITES FT. LAUDERDALE PLANTATION #982, LQ FL PROPERTIES LLC n/k/a CPLG FL PROPERTIES, LLC d/b/a LA QUINTA INN FORT LAUDERDALE TAMARAC EAST #4006, 8444 INVESTMENTS, LLC d/b/a RODEWAY INN INTERNATIONAL, SURENDRA PATEL d/b/a BUDGET INN OF ORLANDO, and MW PLANTATION, LP d/b/a SAWGRASS INN & CONFERENCE CENTER

17.     At all times material hereto, Rickey Patel LLC d/b/a Vacation Inn ("Vacation Inn") was a Florida corporation doing business in the State of Florida.

18.     At all times material hereto, Rickey Patel, LLC owned, operated, controlled, and

4

managed the Vacation Inn located at 3010 Southeast 6th Avenue, Ft. Lauderdale, Florida 33316.

19.    At all times material hereto, Rickey Patel, LLC was duly authorized to and conducted substantial business in the State of Florida.

20.    At all times material hereto, Rickey Patel, LLC controlled the training and policies utilized at the Vacation Inn.

21.    At all times material hereto, Sky Motel, Inc., was a Florida corporation doing business in the State of Florida.

22.    At all times material hereto Sky Motel Inc. owned, operated, controlled, and managed the Sky Motel located at 1531 Southwest 26th Street, Ft. Lauderdale, Florida 33315.

23.    At all times material hereto, Sky Motel, Inc. was duly authorized to and conducted substantial business in the State of Florida.

24.    At all times material hereto, Sky Motel, Inc. controlled the training and policies utilized at its property.

25.    At all times material hereto, Huucu Nguyen and CTN Maingate Inc. d/b/a Roomba Inn & Suites, ("Roomba Inn") was a Florida corporation doing business in the State of Florida.

26.    At all times material hereto, Huucu Nguyen was a director of CTN Maingate, Inc. and a Florida resident.

27.    At all times material hereto, CTN Maingate Inc. was a Florida corporation.

28.    At all times material hereto, Huucu Nguyen and CTN Maingate, Inc. owned, operated, controlled, and managed the Roomba Inn & Suites located at 5840 W. Irlo Bronson Memorial Highway, Kissimmee, FL 34746.

29. At all times material hereto, Huucu Ngyen and CTN Maingate Inc. were authorized to and doing business in the State of Florida.

30. At all times material hereto, Huucu Ngyen and CTN Maingate Inc. controlled the training and policies utilized at the Roomba Inn.

31. At all times material hereto, G6 Hospitality LLC d/b/a Studio 6 ("G6") was a Texas limited liability corporation doing business in the State of Florida.

32. At all times material hereto, G6 owned, operated, controlled, and managed the Studio 6 hotel located at 5645 N. University Drive, Coral Springs, Florida 33067.

33. At all times material hereto, G6 was authorized to and doing business in the State of Florida.

34. Defendant G6 owns, manages, or operates more than 1,100 economy lodging locations under the Motel 6 and Studio 6 brands, employing approximately 10,000 people across the United States and Canada.

35. Defendant G6 is the parent company of Motel 6 and Studio 6 brands.

36. Defendant G6 operates the Motel 6 and Studio 6 brands throughout the United States. The brand's assets are strategically located throughout the United States—close to airports, freeways and other thoroughfares. In 2015, G6 was rated among the top ten (10) hospitality companies.

37. G6 represents that it has more than 55 years of experience in managing successful brands.

38. In managing all its Studio 6 and Motel 6 brand properties, G6 receives an

application fee, a lump sum payment, royalties, and other ongoing financial benefits from its Studio 6 and Motel 6 branded properties.

39. As a hotel operator, G6 controls the training and policies for its branded properties, including the Studio 6 in Coral Springs.

40. At all times material hereto, Sweet Rose Corporation d/b/a Magic Castle Inn & Suites ("Magic Castle Inn") was a Florida corporation doing business in the State of Florida.

41. At all times material hereto, Sweet Rose Corporation owned, operated, controlled, and managed the Magic Castle Inn & Suites located at 5055 West Irlo Bronson Memorial Highway, Kissimmee, Florida 34746.

42. At all times material hereto, Sweet Rose Corporation was authorized to and doing business in the State of Florida.

43. At all times material hereto, Sweet Rose Corporation controlled the training and policies utilized at the Magic Castle Inn.

44. CPLG HOL, LLC is ("CPLG HOL") is a Delaware limited liability company with its principle place of business in Irving, Texas.

45. At all times material hereto, CPLG HOL was authorized to and doing business in the State of Florida.

46. CPLG HOL was formerly known as LQ Operating Lessee, which was formerly known as BRE/LQ Operating Lessee, Inc.

47. CPLG HOL owns, manages, supervises, operates, and controls the La Quinta Inn brand and/or properties, including the La Quinta Inn & Suites located at 8101 Peters Road,

Plantation, FL, 33324, 13600 NW 2d Place, Sunrise, FL 33325, 7901 SW 6th Street, Plantation, FL 33324, and 5070 N. State Road 7, Fort Lauderdale, FL 33319.

48. At all times material hereto, CPLG HOL controlled and oversaw the training, policies, supervision, operation, management, security, and employees of the La Quinta Inn & Suites brand and/or properties.

49. CPLG Properties, LLC, ("CPLG") is a Delaware limited liability company with its principle place of business in Irving, Texas.

50. At all times material hereto, CPLG was authorized to and doing business in the State of Florida.

51. CPLG owns, manages, supervises, operates and controls the La Quinta Inn brand and/or properties including the La Quinta Inn & Suites located at 8101 Peters Road, Plantation, FL, 33324, 13600 NW 2d Place, Sunrise, FL 33325, 7901 SW 6th Street, Plantation, FL 33324, and 5070 N. State Road 7, Fort Lauderdale, FL 33319.

52. At all times material hereto, CPLG controlled and oversaw the training, policies, supervision, operation, management, security, and employees of the La Quinta Inn brand and/or properties.

53. LQ Management, LLC ("LQ Management") is a Delaware limited liability company with its principal place of business in Irving, Texas.

54. At all times material hereto, LQ Management was authorized to and doing business in the State of Florida.

55. LQ Management owns, manages, supervises, operates, and controls the La Quinta

Inn brand and/or properties including the La Quinta Inn & Suites located at 8101 Peters Road, Plantation, FL, 33324, 13600 NW 2d Place, Sunrise, FL 33325, 7901 SW 6th Street, Plantation, FL 33324, and 5070 N. State Road 7, Fort Lauderdale, FL 33319.

56.    At all times material hereto, LQ Management controlled and oversaw the training, policies, supervision, operation, management, security, and employees of the La Quinta Inn brand and properties.

57.    La Quinta Worldwide LLC, ("La Quinta Worldwide") is a Nevada limited liability company with its principle place of business in Irving, Texas.

58.    La Quinta Worldwide owns, manages, supervises, operates and controls the La Quinta Inn brand and/or properties including the La Quinta Inn & Suites located at 8101 Peters Road, Plantation, FL, 33324, 13600 NW 2d Place, Sunrise, FL 33325, 7901 SW 6th Street, Plantation, FL 33324, and 5070 N. State Road 7, Fort Lauderdale, FL 33319.

59.    At all times material hereto, La Quinta Worldwide controlled and oversaw the training, policies, supervision, operation, management, security, and employees of the La Quinta Inn brand and/or properties.

60.    At all times relevant to this complaint, Defendants CPLG HOL, LLC, CPLG Properties, LLC, LQ Management, LLC, and La Quinta Worldwide, LLC, (collectively, the "La Quinta Defendants") owned, managed, supervised, operated, oversaw, controlled the operation of, and were inextricably connected to the renting of rooms at the La Quinta Inns located at 13600 Northwest 2nd Street, Sunrise, Florida, 33325; 8101 Peters Road Plantation, Florida 33324; 5070 N. State Road 7, Fort Lauderdale, FL 33319; and 7901 Southwest 6th Street, Plantation, Florida 33324, from which they each financially benefitted.

61.     LQ FL Properties LLC n/k/a CPLG FL Properties, LLC ("CPLG FL") d/b/a La Quinta Inn & Suites Sunrise Sawgrass Mills #1048 ("La Quinta Inn Sunrise") is a Delaware limited liability corporation with its principal address in Irving Texas, doing business in the State of Florida.

62.     At all times material hereto,  CPLG FL owned, operated, controlled, and managed the La Quinta Inn located at 13600 Northwest 2nd Street, Sunrise, Florida, 33325.

63.     At all times material hereto, CPLG FL was authorized to and doing business in the state of Florida.

64.     At all times material hereto, CPLG FL controlled the training and policies utilized at the La Quinta Inn Sunrise.

65.     LQ FL Properties LLC n/k/a CPLG FL PROPERTIES, LLC , d/b/a La Quinta Inn & Suites Fort Lauderdale Plantation #982 ("La Quinta Inn Fort Lauderdale") is a Texas limited liability corporation doing business in Florida.

66.     At all times material hereto, CPLG FL owned, operated, controlled, and managed the La Quinta Inn located at 8101 Peters Road Plantation, Florida 33324.

67.     At all times material hereto, CPLG FL  was authorized to and doing business in the State of Florida.

68.     At all times material hereto, CPLG FL controlled the training and policies utilized at the La Quinta Inn Fort Lauderdale Plantation.

69.     LQ FL Properties LLC n/k/a CPLG FL Properties, LLC d/b/a LA Quinta Inn Fort Lauderdale Tamarac East #4006 ("La Quinta Fort Lauderdale Tamarac") is a  Delaware limited

10

liability corporation with its principal address in Irving, Texas, doing business in the State of Florida.

70.     At all times material hereto,  CPLG FL owned, operated, controlled, and managed the La Quinta Inn located at  5070 N. State Road 7, Fort Lauderdale, FL 33319.

71.     At all times material hereto,  CPLG FL was authorized to and doing business in the State of Florida.

72.     At all times material hereto, CPLG FL controlled the training and policies utilized at the La Quinta Fort Lauderdale Tamarac.

73.     8444 Investments, LLC ("8444 Investments") is Michigan limited liability company doing business in the State of Florida.

74.     On or about February 13, 2007, Defendant 8444 Investments, LLC purchased the property and hotel located at 8444 International Drive, Orlando, FL, 32819.

75.     The hotel name on the building located at 8444 International Drive, Orlando, FL 32819 changed multiple times during the relevant time frame.  The hotel is located at 8444 International Drive, Orlando, FL 32819 and has also been identified using the address 8444 Austrian Court, Orlando, FL, 32819.  While the two addresses appear to reflect different geographic locations, they are actually the same hotel property.  The Orange County Property Appraiser's office does not reflect that 8444 Austrian Court is even a physical address.

76.     At times material hereto, 8444 Investments conducted business in Florida as the Rodeway Inn International, located at 8444 International Drive, Orlando, FL 32819.

77.     At all times material hereto, 8444 Investments owned, operated, controlled, and

11

managed the Rodeway Inn located at 8444 International Drive, Orlando, FL 32819.

78.     At all times material hereto, Defendant 8444 Investments was authorized to and did conduct business in the State of Florida.

79.     At all times material hereto, 8444 Investments controlled the training and policies utilized at the Rodeway Inn.

80.     At all times material hereto, Surendra Patel d/b/a Budget Inn of Orlando ("Budget Inn") was a Florida corporation, authorized to and doing business in the State of Florida.

81.     At all times material hereto, Budget Inn owned, operated, controlled, and managed the Budget Inn located at 3600 West Colonial Drive, Orlando, FL 32808.

82.     At all times material hereto, MW Plantation, LP d/b/a Sawgrass Inn & Conference Center ("Sawgrass Inn") was a Delaware Corporation authorized to and doing business in Florida.

83.     At all times material hereto, MW Plantation, LP d/b/a Sawgrass Inn owned, operated, controlled, and managed the Sawgrass Inn located at 1711 N. University Drive, Plantation, FL 33322.

84.     At all times material hereto, Sawgrass Inn was authorized to and doing business in the State of Florida.

### JANE DOE, A MINOR AT THE TIME, WAS SEXUALLY EXPLOITED AND TRAFFICKED AT THE HOTEL DEFENDANTS' LOCATIONS

85.     From the age of sixteen (16) to twenty-two (22), Jane Doe was victimized and sexually exploited by her traffickers.

86.     From late 2012 to mid-2017, Jane Doe was caused, by any means, to undergo the

12

worst type of sexual exploitation and abuse, performing sexual acts on countless individuals who sought criminal sexual conduct from a minor in exchange for a fee at the Hotel Defendants' properties.

87.    While victimized by her traffickers, Jane Doe was subject to repeated instances of rape, physical abuse, verbal abuse, exploitation, psychological torment, kidnapping, and false imprisonment at the Hotel Defendants' hotels and motels.

88.    Not long before her seventeenth (17th) birthday, her first traffickers prostituted her and taught her how to place ads on internet sites, including Backpage. She placed these ads at their direction, with the money they provided. This continued until a man named Dread reached out to her online in December 2013.

89.    Jane Doe was trafficked by Dread for the next three and a half years.

90.    Dread controlled everything—the money, food, clothes, who she interacted with, sanitary supplies, and toiletries.

91.    She was not allowed to eat or sleep without permission. She was kept awake for days with a steady cocktail of drugs and red bull. If she slept, she wasn't making her traffickers any money.  Food and money were withheld to ensure her compliance.  Internet ads were placed for her,  appointments were scheduled, and the amount of money to be paid for her services were all determined by her traffickers. She was driven to outcalls and picked up when she was done. She was not permitted to keep any of this money herself. Doing so would result in a beating and threats to the lives of her family.

92.    Oftentimes  she would pay cash for the rooms.  If the hotel did not accept cash, she would usually go to Amscot to get a pre-paid credit card and then go to the hotel to rent a room.

93.    Her hotel door would be guarded to ensure she couldn't leave.

13

94.    Jane Doe's traffickers would take her money, making her beg for food, clothes toiletries and the like, transporting her to and from the various Hotel Defendants' hotels while the employees of those hotels essentially ignored what was going on or looked the other way.

95.    Jane Doe's traffickers controlled her through physical and psychological manipulations, and by punishing her with physical violence when she did not conform to their demands.

## SEX TRAFFICKING OF MINORS HAS EXPLODED IN THE LAST DECADE

96.    According to the United States Department of Homeland Security in 2016, the horrific crime of human trafficking and the sexual exploitation of minors generates billions of dollars each year in illegal proceeds, making it more profitable than any transnational crime except drug trafficking.

97.    While precise data concerning the black-market trade is scarce, in 2013 it was estimated that there were as many as 27 million victims of human trafficking and the sexual exploitation of minors worldwide—including 4.5 million people trapped in sexual exploitation. Too often, the victims of sex trafficking, including Plaintiff, are minors forced into prostitution.

98.    The Department of Justice has reported that more than half of the sex-trafficking victims are 17 years old or younger. In 2014, the National Center for Missing and Exploited Children reported an 846% increase from 2010 to 2015 in reports of suspected  child sex trafficking—an increase the organization has found to be "directly correlated to the increased use of the internet to sell children for sex."

99.    The State of Florida has not escaped this horrific trend. Florida ranks third in the United States in human trafficking cases reported by the states, behind only California and Texas.

## **THE HOTEL DEFENDANTS**

100. Since at least the beginning of this century, the pervasiveness of human trafficking, the means to prevent its scourge, and the need to punish its perpetrators have been widely known.

101. Unfortunately, the hospitality industry has played an integral role in facilitating human trafficking.

102. Indeed, according to the Polaris Project, one of the most commonly reported venues for sex trafficking to the National Human Trafficking Hotline is hotels and motels.

103. It has long been recognized that exploiters and traffickers use hotel and motel rooms when setting up "dates" between victims of sex trafficking and those individuals purchasing sex.

104. In the transactional cycle of hotel sex trafficking, traffickers pay for a location at which they can offer human beings for sale; buyers pay the traffickers to use these human beings for their pleasure; traffickers pay with the money from the buyers; and the cycle repeats.

105. Each of the Hotel Defendants' hotels hosted one or more sex trafficking ventures.

106. Traffickers have long capitalized on the hotel industries' refusal to adopt companywide anti-trafficking policies, train staff on what to look for and how to respond, establish a safe and secure reporting mechanism, as well as the seclusion and privacy of hotel rooms.

107. As aptly stated in a publication by Cornell University on the issue, "the hospitality industry is undoubtedly involved in the sex trafficking industry...and therefore have an inherent responsibility to deter the crime and can be liable for failing to do so."

108. With this knowledge, in 2004, the organization End Child Prostitution and Trafficking (ECPAT-USA) launched the Tourism Protection Code of Conduct ("the Code") in the United States.[1]

---

[1] ECPAT-USA, *No Vacancy For Child Sex Traffickers Impact Report* (2017), *available at*:
https://static1.squarespace.com/static/594970e91b631b3571be12e2/t/59c9b6bfb07869cc5d792b8c/1506391761747/

109.    The Code is a joint venture between the tourism and hospitality sectors and ECPAT-USA.[2]  It is a voluntary set of business principles that travel companies can implement to prevent child trafficking.[3]

110.    The Code establishes a framework for companies to provide training, education, and collaboration with other stakeholders to help prevent potential abuse.[4]

111.    This Code is well known in the hospitality industry. It identifies the six (6) steps companies can take to prevent child sex trafficking: (1) establish corporate policy and procedures against sexual exploitation of children; (2) train employees in children's rights, the prevention of sexual exploitation and how to report suspected cases; (3) include a clause in further partner contracts stating a common repudiation and zero tolerance policy of sexual exploitation of children; (4) provide information to travelers on children's rights, the prevention of sexual exploitation of children and how to report suspected cases; (5) support, collaborate, and engage stakeholders in the prevention of sexual exploitation of children; and (6) report annually on the company's implementation of Code-related activities.

112.    For years the Hotel Defendants knew of this Code and were urged to sign it and commit to taking action against sex trafficking in their hotels.

113.    By no later than 2010, the La Quinta Defendants knew of this Code, but to this day have refused to sign it.

114.    Indeed, the La Quinta Defendants have failed to take any steps to publicly address or even comment on the frequent sex trafficking at their hotels.

115.    Despite knowing of the Code for years, Defendant G6 only recently signed it in

---

NoVacany_Report.pdf.
[2] https://www.ecpatusa.org/blog/tag/The+Code
[3] Id.
[4] Id.

16

July 2019, fifteen years after the Code was launched in the United States.[5]

116.    In 2013, IHG commissioned an external assessment of human rights risks most relevant for the travel and hospitality sector globally and regionally working with external human rights experts, Maplecroft. The risks identified included human trafficking. In 2015 and 2016, IHG identified the modern slavery risks most relevant to IHG across four different areas of risk: (i) risks of modern slavery affecting their organization including IHG hotels, (ii) risks of modern slavery occurring in IHG corporate or hotel supply chains, (iii) risks of modern slavery such as human trafficking occurring in or around IHG branded hotels, and (iv) risks of modern slavery occurring at different stages of the hotel lifecycle.

117.    IHG represents that its various risk assessment mechanisms have helped them to identify higher risk locations since 2013.

118.    In September 2012, President Obama stated in a speech that human trafficking "ought to concern every person, because it is a debasement of our common humanity. It ought to concern every community, because it tears at our social fabric. It ought to concern every business, because it distorts markets. It ought to concern every nation, because it endangers public health and fuels violence and organized crime."[6]

119.    Despite these efforts by the UN, the White House, and non-governmental organizations to promote policies and procedures to prevent human trafficking, a 2012 BEST study revealed that 63% of trafficking incidents happen in hotels, ranging from luxury to economy, with the majority of victims being children.

120.    At the time this report was issued, the hospitality industry had been on notice of the

---

[5] https://www.ecpatusa.org/blog/tag/The+Code
[6] President Barack Obama, Remarks to the Clinton Global Initiative (Sept. 25, 2012), *available at* https://obamawhitehouse.archives.gov/the-press-office/2012/09/25/remarks-president-clinton-global-initiative.

prevalence of human trafficking for the entirety of the twenty-first century but had done little to nothing to prevent the ongoing occurrences of human trafficking.

121.    Without the complicity of hotels, where illicit sexual encounters are taken off the street and cloaked in the anonymity of a hotel's customers, the sex trafficking industry would be hugely disrupted. This obvious fact has been noted by experts[7]  and justices of the United States Supreme Court.  In 2015, Justice Antonin Scalia, joined in dissent by Chief Justice John Roberts and Justice Clarence Thomas, noted that,

> Motels . . . are also a particularly attractive site for criminal activity
> ranging from drug dealing and prostitution to human trafficking.
> Offering privacy and anonymity on the cheap, they have been employed as . . .
> rendezvous sites where child sex workers meet their clients on threat of
> violence from their procurers.

*City of Los Angeles, Calif. v. Patel*, 135 S. Ct. 2443, 2457 (2015).

122.    In 2014, ninety-two percent of the calls received by the National Human Trafficking Hotline involving hotels and motels reported sex trafficking and two percent reported a combination of sex and labor trafficking.[8]

123.    The Polaris Project found that "75% of survivors responding to Polaris' survey reported coming into contact with hotels at some point during their exploitation . . . Unfortunately, 94% also disclosed that they never received any assistance, concern, or identification from hotel

---

[7]    Hotel/Motel-Based, National Human Trafficking Hotline, https://humantraffickinghotline.org/sex-traffickingvenuesindustries/hotelmotel-based (last visited Aug. 3, 2019) ("Hotels and motels are a common venue for sex trafficking, due to ease of access for buyers, ability to pay in cash and maintain secrecy through finances, and lack of facility maintenance or upkeep expenses."); *see also* Avni Ahuja, *Sex Trafficking Prevention in Georgia: Equipping Hotel Workers with the Proper Resources*, The Roosevelt Institute, (2017), *available at http://rooseveltinstitute.org/wp-content/uploads/2017/05/715_Final-3-2.pdf* (last visited Aug. 3, 2019) ("Hotels and motels represent a disproportionate site of sex trafficking due to the privacy and anonymity they offer to traffickers, customers, and victims.").

[8] *Human Trafficking and the Hotel Industry*, Polaris Project, https://polarisproject.org/sites/default/files/human-trafficking-hotel-industryrecommendations.pdf (last visited Aug. 3, 2019).

staff."[9]

124.    Statistics released in 2014 by the International Labor Organization ("ILO") showed that approximately 4.5 million people were victims of forced sexual exploitation globally and that the violation of their human rights yielded an estimated annual profit of $99 billion dollars for sex traffickers worldwide.[10] Put another way, the numbers showed that a sex trafficker's annual profit per victim was approximately $22,000.00.[11]

125.    In December 2015, President Obama appointed eleven (11) survivors of human trafficking to the inaugural United States Advisory Council on Human Trafficking to advise and make recommendations on federal anti-trafficking policies to the President's Interagency Task Force to Monitor and Combat Trafficking in Persons.[12]

126.    The United States Department of Justice ("DOJ") brought 248 sex trafficking prosecutions in Fiscal Year 2015 and secured convictions against 291 sex traffickers.[13] In the previous year, DOJ convicted a total of 184 human traffickers (inclusive of labor trafficking) and in the subsequent year, DOJ convicted a total 439 human traffickers (inclusive of labor trafficking).[14]

127.    Despite the combined efforts of governmental and non-governmental organizations to combat human trafficking, the hospitality industry, as a whole, continued to lag behind in its efforts to prevent human trafficking. A 2015 study showed that forty-five percent (45%) of

---

[9] *Hotels and Motels Recommendations*, The Polaris Project, https://polarisproject.org/hotels-motelsrecommendations (last visited Aug. 8, 2019).

[10] International Labour Office, *Profits and Poverty: The Economics of Forced Labour* (2014), at 13, *available at* https://www.ilo.org/wcmsp5/groups/public/---ed_norm/---declaration/documents/publication/wcms_243391.pdf.

[11] Id.

[12] U.S. Dep't of State, *2016 Trafficking in Persons Report* (2016), at 41, *available at* https://www.state.gov/documents/organization/258876.pdf

[13] Id. at 39

[14] Human Rights First, *Fact Sheet 2017* (2017), *available at* http://www.humanrightsfirst.org/sites/default/files/TraffickingbytheNumbers.pdf.

children who suffered sexual exploitation report that the sexual exploitation took place in a hotel.[15]

128.    Even estimates by attorneys *for* the hospitality industry indicate that eight (8) out of ten (10) arrests for human trafficking occur in or around hotels.[16] The 2016 Trafficking in Persons Report issued by the United States Department of State also confirmed that human trafficking occurs in the hospitality industry in the United States.[17]

129.    Between 2007 and March 2015, more than 1,400 human trafficking cases were reported to the National Human Trafficking Resource Center.[18]

130.    The complicity of the hospitality industry is essential to the perpetuation of human trafficking, allowing traffickers to remain transient, collect profits, and evade detection.

131.    Sex trafficking ventures move from place to place so that they are less visible to law enforcement. Similarly, sex traffickers also want to keep their victims moving from place to place to isolate them from any possible means of escape or rescue.

132.    Traffickers are well aware of the seclusion and anonymity attendant with booking rooms with hotel chains—quite simply, they know it is unlikely that they will be disturbed.

133.    Due to the hospitality industries failure to embrace anti-trafficking policies and practices, children and other vulnerable persons are trafficked for sex in hotels throughout the United States. Hotel employees are uniquely situated to identify and report suspicious activity on hotel property. Indeed, from check-in to check-out there are numerous indicators that traffickers and the adults and children who are victimized by sex trafficking exhibit during their stay at a hotel property.

---

[15] Sarkisian, *supra* n.4.

[16] Rich Keating, *Human Trafficking: What It Is And How It Impacts The Hospitality Industry*, Presentation Delivered At AHIA Sprint Conference 2013, Washington, D.C., *available at* http://www.ahiattorneys.org/aws/AHIA/asset_manager/get_file/92983 (last visited Mar. 1, 2019).

[17] U.S. Dep't of State, *supra* n.10, at 387.

[18] Polaris, *Human Trafficking and the Hotel Industry* (2015), *available at* https://polarisproject.org/resources/human-trafficking-and-hotel-industry

134. With proper training and other reasonable security measures, hotel owners and operators could prevent the trafficking of persons on their properties. A successful trafficking protocol should start with a hotel's front desk staff as a hotel's front desk is first in line to spot warning signs of human trafficking.

135. The well-known and easily identifiable signs of sex trafficking, or "red flags" of sex trafficking, include:

   a.   Paying for rooms with cash or pre-paid credit cards;

   b.   A guest lingering just outside the room for long periods of time (i.e., the trafficker waiting outside as the johns are inside the room abusing victims like Plaintiff);

   c.   Multiple guests coming and going from the hotel or motel—particularly a large stream of adult males—without ever checking into a room;

   d.   Minor children paying for hotel or motel rooms;

   e.   Excessive foot traffic going in or out of a particular room or area of the hotel or motel;

   f.   A significantly older boyfriend or older men being present at the hotel with a young female;

   g.   Staying at an hourly or extended stay with few possessions;

   h.   Requesting a room overlooking the parking lot;

   i.   Frequently requesting new linens, towels, and to restock the refrigerator;

   j.   Presence of excessive drugs, alcohol, or sex paraphernalia;

   k.   Requesting information on the local sex industry; and

l.    Guests frequently entering and emerging from rooms with no luggage or identification;

136.    The victims also often show signs of abuse and exploitation that are observable to those in the hospitality industry, including:

a.    Poor hygiene, malnourishment, and fatigue;

b.    Evidence of verbal threats or physical violence;

c.    Fearful, nervous, anxious, or submissive demeanors;

d.    Being constantly monitored or followed by a man, often older than the victim; and

e.    No knowledge of current or past location;

137.    Hospitality companies have both the power and the responsibility to make sex trafficking difficult for the offenders. Yet, they either repeatedly fail to heed to the call or repeatedly failed to execute their own policies. Instead, each Defendant continues to facilitate sex trafficking crimes at their hotels, content to direct their efforts solely to profit and the bottom line.

## THE HOTEL DEFENDANTS CONTROL THE HOSPITALITY INDUSTRY

138.    Hotel brands or flags lend their name and likeness to third party owners, while the building and operations are run by a franchisee or third-party management company under the brands' control.

139.    In return, the parent brand exchanges the high risk that is inherent in owning an asset like a hotel for the low risk associated with owning a franchise contract or membership agreement and still profits from putting heads in beds.

140.    However, the average consumer does not see this relationship.

141.    The parent brand gives the franchisee property its entire identity. It provides signage on and in front of the building that assures customers that if they check into that hotel, they can expect the standards consistent with the parent hotel brand. The same brand is emblazoned on everything in the hotel from the pens in the bedside tables to the staff uniforms at the front desk.

142.    In addition to brand recognition, a marketing organization, and hotel listings in the Global Distribution System (GDS) and other online travel agency databases, the brand provides the franchise hotel with access to its brand wide central reservation system, 800 number, revenue management tools, world-class loyalty programs, and a website. This setup ensures that booking and room reservations—the source of profits for the entire industry—are controlled by the corporate parent brand.

143.    Typically, the franchise hotel pays around 10% of their total revenue back to the parent hotel brand and is required by the brand to develop and maintain the property in accordance with the parent hotel brand's standards as they are laid out in the franchise agreement.

144.    Per the franchise agreement, the parent brand may enforce its standards through periodic audits, inspections, and even termination of the franchise agreement if the franchise hotel is found to be inadequate. The right of the parent hotel brand to enforce their brand standards is also their responsibility.

145.    While parent hotel brands may kick delinquent hotels out of their system, they seldom do because it is at the expense of terminating their royalty payments. Even an inadequate or dangerous hotel under the parent hotel brand's flag generates more revenue than no hotel.

146.    The motivation for this ongoing willful blindness and ongoing failure to act within the hospitality industry is plain and simple—limitless corporate greed. Hotels and hotel brands, knowing both the obvious dangers and the remedial safety precautions associated with human

23

trafficking, nevertheless ignored both the signs of and solutions to human trafficking out of an unfettered fealty to their profit margins and a corresponding complete disregard for the value of human life.

147.    The overt policy of willful blindness to sex trafficking by hotel brands, including the Hotel Defendants, communicates the perverse but clear message to hotel owners and employees that the *more* sex trafficking allowed at a hotel—resulting in higher profits—the *less* likely the hotel brands are to investigate.

148.    As a result, Plaintiff was trafficked for years at the Hotel Defendants' hotels, causing her substantial and lifelong injuries, while the Hotel Defendants grossly profited.

## THE HOTEL DEFENDANTS' WILLFUL BLINDNESS TO SEX TRAFFICKING AT THEIR HOTELS

### Studio 6

149.    At the time of the incidents alleged herein, Defendant G6 owned and controlled the Motel 6 and Studio 6 brands.

150.    At all times material hereto, G6 was in an agency relationship with Motel 6 and Studio 6 branded hotels offering public lodging services in the hotel.

151.    This agency relationship was created through Defendant G6's exercise of an ongoing and systemic right of control over Motel 6 and Studio 6 hotels by Defendant G6's operations, including the means and methods of how Motel 6 and Studio 6 branded hotels conducted daily business through one or more of the following actions:

      a.    Hosting online bookings on Defendant G6's domain;

      b.    Requiring Motel 6 and Studio 6 branded hotels to use Defendant G6's customer rewards program;

      c.    Setting employee wages;

24

d.    Making employment decisions;

e.    Advertising for employment;

f.    Sharing profits;

g.    Standardized training methods for employees;

h.    Building and maintaining the facility in a manner specified by the owner;

i.    Standardized or strict rules of operation;

j.    Regular inspection of the facility and operation by owner;

k.    Fixing prices;

l.    Building and maintaining the facility in a manner specified by the owner; and

m.    Other actions that deprive Motel 6 and Studio 6 branded hotels of independence in business operations.

152.    An apparent agency also exists between Defendant G6 and Studio 6 hotels. Defendant G6 held out Studio 6 branded hotels to the public as possessing authority to act on its behalf.

153.    For years, Defendant G6 has demonstrated willful blindness to the rampant culture of sex trafficking which tragically occurs on its Motel 6 and Studio 6 branded properties throughout the country.

154.    This same entrenched, pervasive willful blindness to sex trafficking facilitated the trafficking of Plaintiff at Studio 6 hotels that forms the basis of this complaint.

155.    Defendant G6 has been on notice of repeated incidences of sex trafficking occurring on its Motel 6 and Studio 6 branded properties, yet Defendant G6 has failed to take action to prevent sex trafficking at Motel 6 and Studio 6 brand properties and persists in failing to take

25

necessary action to prevent sex trafficking on its properties. Defendant G6's inattention in this regard enabled and contributed to the sex trafficking the Plaintiff suffered at the Studio 6 in Coral Springs.

156.    Upon information and belief, more than half the bookings at Motel 6 properties occur on the same day as arrival. Accordingly, Motel 6 and Studio 6 brand executives have worked to make booking hotel rooms at their properties even easier. As one executive of the Motel 6 brand has stated: "Analytics is our North Star. It's how we make decisions, it's how we drive our strategy and it's how we dictate performance." As alleged herein, the Motel 6 brand has been more than willing to use data analytics to increase its profits, but historically has refused to use data analytics, or take any reasonable measures, to prevent human trafficking on Motel 6 properties.[19]

157.    The Motel 6 brand advertises that customers "Save more for what you travel for®" and for its customers traveling for the purpose of sex trafficking adults and children, these customers are able to save more and thus profit more for what they are traveling for—selling human beings for sex.

158.    Knowing these risks associated with its policies and practices and its marketing strategies in relation to the Motel 6 brand, Defendant G6 nevertheless maintains a "consistent, unwavering commitment to this brand positioning."[20]

159.    There are countless examples across place and time of Defendant G6's knowledge of sex trafficking on its Motel 6 and Studio 6 branded properties and its continued, total inattention to preventing and remedying the blight of human trafficking on the lives and liberties of its victims. The illicit, criminal misconduct is so rampant on Motel 6 branded properties that one online

---

[19] Allison Schiff, *Motel 6: 'Analytics Is Our North Star'*, AdExchanger (Sept. 7, 2017), https://adexchanger.com/analytics/motel-6-analytics-north-star/amp/.

[20] G6 Hospitality LLC, *Motel 6 - An Iconic American Brand*, http://www.g6hospitality.com/about/brands (last visited Mar. 1, 2019).

reviewer suggested on a travel website that Motel 6 "Should Be Called Motel Sex."[21]

160.    In late 2003, a trafficker set up a sex trafficking venture at a Motel 6 in Connecticut in which two (2) young women were sold for sex eight (8) to ten (10) times per day.[22]

161.    In April 2009, a sex trafficking venture operated out of a Motel 6 in Toledo, Ohio.[23]

162.    In approximately September 2011, sex traffickers set up an operation at a Motel 6 in Toledo, Ohio to sell fifteen (15) and sixteen (16) year old girls for sex.[24]

163.    From approximately 2012 through October 2014, two (2) men engaged in a criminal sex trafficking venture of children which operated in part out of a Motel 6 in Harvey, Illinois.[25]

164.    Police rescued an eighteen (18) year old girl from a sex trafficker in February 2012, at a Motel 6 in Portland, Oregon.[26]

165.    The FBI investigated and arrested several individuals in December 2012, for the victimization and human trafficking of several young women and a juvenile at a Motel 6 in Madison, Alabama.[27]

---

[21] Review Of Motel 6 Rochester (Aug. 1, 2018), *available at* https://www.tripadvisor.com/ShowUserReviewsg43466-d242739-r601808847-Motel_6_Rochester-Rochester_Minnesota.html (last visited Feb. 28, 2019) (the reviewer was commenting in August 2018, on a Motel 6 located at 2107 West Frontage Road, Rochester, Minnesota 55901 and added, "Prostitutes, drug dealers, and loud partiers are your neighbors including possibly one or two staff members. Complaints to the clerk do no good. The night clerk does not write it down and the day clerks accuse you of lying although I made it clear that I did not want anything in return for my complaints.").

[22] Amy Fine Collins, *Sex Trafficking Of Americans: The Girls Next Door*, Vanity Fair (May 2011), https://www.vanityfair.com/news/2011/05/human-trafficking-201105

[23] *Five Toledoans Indicted On Sex Trafficking Charges*, ABC7Chicago.com (Nov. 7, 2010), https://abc7chicago.com/archive/7771888/.

[24] Mark Reiter, *Two Toledoans Accused Of Juvenile Sex Trafficking*, The Blade (Jun. 1, 2010), https://www.toledoblade.com/Courts/2012/06/02/2-Toledoans-accused-of-juvenile-sex-trafficking-1.html

[25] Complaint, *United States of America v. Samuel Nichols, et al.*, No. 1:15-cr-00756 (N.D. Ill. Dec. 29, 2015); *see also* Press Release, U.S. Dep't of Justice, *Two Aspiring Rappers Charged With Operating Sex-Trafficking Ring In Chicago And Suburbs* (Jan. 15, 2016), https://www.justice.gov/usao-ndil/file/813771/download

[26] Press Release, U.S. Dep't of Justice, *Tacoma Pimp Sentenced To 25 Years For Sex-Trafficking Two Victims* (Nov. 20, 2013), https://www.justice.gov/usao-or/pr/tacoma-pimp-sentenced-25-years-sex-trafficking-two-victims.

[27] *FBI Investigates Human Trafficking At Madison Hotel*, WHNT News 19 (Dec. 7, 2012), https://whnt.com/2012/12/07/fbi-investigates-human-trafficking-at-madison-motel/.

166.    The Orange County Human Trafficking Task Force busted a criminal enterprise in December 2012, that was selling women for sex out of a Motel 6 in Anaheim, California.[28]

167.    In approximately March 2013, sex traffickers began operating a sex trafficking venture out of Motel 6 locations in Bangor and Portland, Maine.[29]

168.    Beginning in approximately May 2013, a fifteen (15) year old runaway was trafficked for sex out of the Motel 6 on Caton Avenue in Baltimore, Maryland.[30]

169.    The FBI busted a sex trafficking ring operating out of a Motel 6 in San Antonio, Texas in September 2013.[31]

170.    In Richmond County, Georgia a man was arrested at a local Motel 6 in October 2013 and charged with sex trafficking of two young women.[32]

171.    Police investigated a sex trafficker in March 2014 and ultimately charged him for his crimes including, but not limited to, selling a sixteen (16) year old girl for sex out of a Motel 6 in Roseville, Minnesota.[33]

172.    In May 2014, two (2) traffickers were arrested at a Motel 6 in Monterey, California after a twenty-one (21) year old woman escaped from their captivity.[34]

---

[28] *Suspects Busted In Anaheim Sex Ring*, ABC13 Eyewitness News (Dec. 5, 2012), https://abc13.com/archive/8909784/.

[29] Danielle McLean, *What Drives Maine Sex Traffickers' Inhumanity*, Bangor Daily News Maine Focus (Sept. 12, 2016), https://bangordailynews.com/2016/09/12/mainefocus/what-drives-maine-sex-traffickers-inhumanity/

[30] Anne Kramer, *Man Faces Prison Time For Sex Trafficking Baltimore Teen*, WBAL News Radio (Apr. 10, 2014), https://www.wbal.com/article/106578/2/man-faces-prison-time-for-sex-trafficking-baltimore-teen

[31] Stephanie Serna, *Sex Trafficking Ring Busted At Motel 6* (Sept. 17, 2013), https://www.ksat.com/news/sextrafficking-ring-busted-at-motel-6.

[32] *UPDATE: Man Arrested For Sex Trafficking*, WRDW.com On Your Side, (Oct. 3, 2013), https://www.wrdw.com/home/headlines/Man-arrested-for-sex-trafficking-226301261.html

[33] *Man, 25, Is Accused Of Trafficking Teens*, Twin Cities Pioneer Press (Jun. 5, 2014), https://www.twincities.com/2014/06/05/man-25-is-accused-of-trafficking-teens-2/.

[34] Felix Cortez and Amy Larson, *Monterey Police: 2 Human Sex Traffickers Arrested After Victim Escapes Motel*, KSBW8 (May 9, 2014), https://www.ksbw.com/article/monterey-police-2-human-sex-traffickers-arrested-aftervictim-escapes-motel/1054172.

173.    In the summer of 2014, two (2) girls ages fifteen (15) and sixteen (16) were taken from a children's shelter by a sex trafficker and trafficked out of a Motel 6 in Cutler Bay, Florida.[35]

174.    A Las Vegas man was charged with sex trafficking two (2) victims, including a seventeen (17) year old girl, in January 2015, out of a Motel 6 in Rapid City, Nevada.[36]

175.    In February 2015, two (2) men were arrested for sex trafficking a fourteen (14) year old girl at a Motel 6 in Seekonk, Rhode Island.[37]

176.    A local law enforcement investigation resulted in the rescue of a fifteen (15) year old runaway in February 2015, from a Motel 6 near the Oakland, California airport where she was being sex trafficked.[38] In North Charleston, South Carolina, a seventeen (17) year old girl was rescued in March 2015 from a Motel 6 by special agents from the United States Department of Homeland Security. The girl was sold for sex, beaten, and starved by a sex trafficker.[39]

177.    Two men were arrested in March 2015 for sex trafficking a fifteen (15) year old girl at Motel 6 in Austin, Texas.[40]

178.    In March 2015, police arrested a man for sex trafficking a runaway seventeen (17) year old at a Motel 6 in Warwick, Rhode Island.[41]

---

[35] David Goodhue, *Next Stop For Man Accused Of Sex Trafficking 2 Teens: Federal Court*, Miami Herald (Sept. 2, 2015), https://www.miamiherald.com/news/local/news-columns-blogs/deadline-miami/article33360843.html.

[36] *Las Vegas Man Charged With Human Trafficking In Rapid City*, Argus Leader (Jan. 17, 2015), https://www.argusleader.com/story/news/crime/2015/01/17/las-vegas-man-charged-human-trafficking-rapidcity/21922915/.

[37] Stephen Peterson, *RI Man Gets Jail In Sex-Trafficking Case Involving Seekonk Motel* (Oct. 28, 2016), http://www.thesunchronicle.com/news/local_news/ri-man-gets-jail-in-sex-trafficking-case-involvingseekonk/article_d7a25494-9d21-11e6-8f94-63e5c74facb3.html

[38] Emilie Raguso, *Woman Charged In Berkeley Teen Sex Trafficking Case* (Dec. 8, 2015), https://www.berkeleyside.com/2015/12/08/woman-charged-in-berkeley-teen-sex-trafficking-case.

[39] Melissa Boughton, *Police Say Teen Starved, Beaten At North Charleston Hotel; Man Arrested In Sex-Trafficking Case* (Mar. 2, 2015), https://www.postandcourier.com/archives/police-say-teen-starved-beaten-at-north-charlestonmotel-man/article_032153ee-fcb6-5333-9182-926a7f43dfbf.html.

[40] Lindsay Bramson, *Local Teen Saved From Sex Slavery; Two Charged*, KXAN Austin (Mar. 6, 2015), https://www.kxan.com/news/local/austin/local-teen-freed-from-sex-slavery-two-charged/1049580764.

[41] Amanda Milkovits, *Massachusetts Man Accused Of Trafficking Teen In Warwick Motel*, NewportRI.com (Mar. 24, 2015), https://www.newportri.com/article/20150324/NEWS/150329666

179.    Over a fourteen (14) month period ending in approximately April 2015, the same Motel 6 in Warwick, Rhode Island had seventy-five (75) arrests on its property for crimes including sex-trafficking.[42]

180.    Seven (7) people were indicted in January 2016, by a Colorado grand jury for sex trafficking children from 2014 through the summer of 2015, out of hotels in Denver, Colorado, including a Denver area Motel 6.[43]

181.    In the summer of 2015, a woman was arrested at a Motel 6 in Great Falls, Montana where she was involved in sex trafficking a seventeen (17) year old girl.[44]

182.    A married couple was indicted in June 2015, for their roles in sex trafficking minor children ages seventeen (17), sixteen (16), and fifteen (15) years old out of a Motel 6 in Everett, Washington.[45]

183.    In Tuscaloosa, Alabama police rescued a fourteen (14) year old girl from a Motel 6 in June 2015, and a grand jury subsequently charged her assailant with human trafficking and rape.[46]

184.    In approximately July 2015, sex traffickers sold a fifteen (15) year old girl for sex at a Motel 6 in Pismo Beach, California.[47]

---

[42] Sarah Kaplan, *Crime-Ridden Motel 6 In R.I. Will Hand Over Guest List To Police*, The Washington Post (Apr. 28, 2015), https://www.washingtonpost.com/news/morning-mix/wp/2015/04/28/crime-ridden-motel-6-in-r-i-will-handover-
guest-list-to-police/?utm_term=.a804ce3f32a8
[43] Hsing Tseng, *Seven Indicted By Colorado Grand Jury In Child Sex Trafficking Ring Bust*, Fox 31 Denver (Jan. 6, 2016), https://kdvr.com/2016/01/06/7-indicted-by-colorado-grand-jury-in-child-sex-trafficking-ring-bust/.
[44] Andrea Fisher, *Woman Caught Up In Human Trafficking Ring Pleads Guilty* (Aug. 29, 2016), https://www.greatfallstribune.com/story/news/local/2016/08/29/woman-caught-human-trafficking-ring-pleadsguilty/
89566374/.
[45] Diana Hefley, *County Investigating 45 Ongoing Human Sex Trafficking Cases*, HeraldNet (Jun. 26, 2015), https://www.heraldnet.com/news/county-investigating-45-ongoing-human-sex-trafficking-cases/.
[46] *Tuscaloosa Man Charged With Rape And Trafficking Mississippi Teen*, News Mississippi (Nov. 7, 2014), https://newsms.fm/tuscaloosa-man-charged-human-trafficking-mississippi-teen/.
[47] Matt Fountain, *Four Accused Of Pimping Out 15-Year-Old Girl In SLO Will Stand Trial*, SanLuisObispo.com (May 5, 2016), https://www.sanluisobispo.com/news/local/article75832962.html.

185.    In November 2015 a man was arrested at a Motel 6 in Ventura, California and was criminally charged with sex trafficking a fifteen (15) year old girl who was found with him.[48]

186.    In January 2016, a man who operated a criminal venture out of a Motel 6 in Frederick City, Maryland was charged with sex trafficking.[49]

187.    Criminal charges were brought against a man who sex trafficked a fifteen (15) year old girl out of a Motel 6 in Beaumont, Texas in March 2016.[50]

188.    On March 23, 2016, a victim of a sex trafficking ring died at a Motel 6 in Winchester, West Virginia.[51]

189.    The leader of a sophisticated and organized sex trafficking ring beat and raped one of his victims in April 2016 at a Motel 6 in Tinicum Township, Pennsylvania.[52]

190.    In November 2016, a federal court sentenced a man to ten (10) years in prison in for sex trafficking a fifteen (15) year old girl in 2014 out of a Motel 6 in Hartford County, Connecticut.[53]

191.    In Gibbstown, New Jersey, local law enforcement rescued a seventeen (17) year old runaway in December 2016, who was being sex trafficked from a local Motel 6.[54]

---

[48] *Fresno Man Sentenced To Prison For Pimping, Human Trafficking In Ventura County*, Ventura County Star (Apr. 26, 2016), https://www.vcstar.com/story/news/local/communities/ventura/2016/04/26/fresno-man-sentencedto-
prison-for-pimping-human-trafficking-in-ventura-county/88714698/.

[49] *Frederick Police Arrest Man On Human Trafficking Charges*, CBS13 Baltimore (Jan. 16, 2016), https://baltimore.cbslocal.com/2016/01/16/frederick-police-arrest-man-on-human-trafficking-charges/.

[50] Quentin Hope, *Women Accuse Defendant Of Sex Trafficking, Threatening To Kill Them*, KFDM.com (Sept. 11, 2018), https://kfdm.com/news/local/women-accuse-defendant-of.

[51] Ellie Williams, *Martinsburg Man Convicted On Sex Trafficking And Drug Charges*, LocalDVM.com (Jan. 17, 2019), https://www.localdvm.com/news/virginia/martinsburg-man-convicted-on-sex-trafficking-drugcharges/1708490814

[52] Justin Heinze, *Man Behind Human Trafficking Ring In Chester County Sentenced*, Patch (Sept. 26, 2017), https://patch.com/pennsylvania/phoenixville/man-behind-human-trafficking-ring-chester-county-sentenced.

[53] David Owens, *Hartford Man Sentenced To Prison For Sex Trafficking Of 15-Year-Old Girl*, Hartford Courant (Nov. 14, 2016), https://www.courant.com/news/connecticut/hc-sex-trafficking-teenager-prison-1115-20161114-story.html.

[54] Matt Gray, *Three Indicted On Charges Of Forcing Teen Into Prostitution*, NJ.com (Sept. 24, 2017), https://www.nj.com/gloucester-county/index.ssf/2017/09/post_139.html.

192.    In February 2017, the leader of a child sex trafficking ring in Tulsa, Oklahoma was busted at a local Motel 6 where federal authorities rescued a sixteen (16) year old survivor of sex trafficking.

193.    A forty-five (45) year old man was charged with human trafficking after picking up a teenage boy from school and taking him to a Motel 6 in Cedar Park, Texas in approximately March 2017.[55]

194.    At a Motel 6 in Des Moines, Iowa a man sex trafficked a minor victim in June 2017.[56]

195.    In approximately June 2017, a seventeen (17) year old runaway was rescued by law enforcement from a Motel 6 in Las Vegas, Nevada out of which a sex trafficker was operating.[57]

196.    A seventeen (17) year old girl was sold for sex by traffickers at a Motel 6 in Portland, Oregon in June 2017.[58]

197.    In August 2017, two (2) men operated out of a Motel 6 in Springfield, Virginia to sex trafficking a sixteen (16) year old girl.[59]

198.    The City of Los Angeles settled a nuisance suit with G6 Hospitality, which operates Motel 6 hotels, in August 2017, for $250,000.00 in an effort to combat human trafficking at Motel 6 brand hotels.[60]

---

[55] *Little Elm Man Accused Of Trafficking Austin Teen*, KHOU11.com (Sept. 19, 2017), https://www.khou.com/article/news/local/texas/little-elm-man-accused-of-trafficking-austin-teen/285-476893013.
[56] Luke Nozicka, *Seven Des Moines Residents Charged With Sex Trafficking, Feds Say*, The Des Moines Register (Jun. 11, 2018), https://www.desmoinesregister.com/story/news/crime-and-courts/2018/06/11/7-des-moinesresidents-charged-sex-trafficking-feds-des-moines-sexual-prostitution-iowa-texas/692264002/.
[57] Rachel Crosby, *Woman Accused Of Sex Trafficking Runaway On Las Vegas Strip*, Las Vegas Review-Journal (Jun. 2, 2017), https://www.reviewjournal.com/crime/sex-crimes/woman-accused-of-sex-trafficking-runaway-onlas-vegas-strip/.
[58] Nick Morgan, *Accused Human Traffickers Stopped In Medford*, Mail Tribune (Jul. 7, 2017), http://mailtribune.com/news/crime-courts-emergencies/accused-human-traffickers-stopped-in-medford
[59] Emily Leayman, *16-Year-Old Forced To Be Prostitute At Springfield Motel: Report*, Patch (Feb. 6, 2018), https://patch.com/virginia/burke/16-year-old-forced-be-prostitute-springfield-motel-report
[60] Michael Balsamo, *Motel 6 To Pay To Settle Human Trafficking Case*, APNews.com (Aug. 31, 2017),

199.    In October 2017, the County Attorney's Office for Harris County, Texas sued a local Motel 6 after law enforcement identified the property as a criminal hotspot that had been attracting drug activity, human trafficking, and violent crime for years. The suit alleged the Motel 6 knowingly tolerated and failed to make reasonable efforts to abate the criminal activities on its property.[61]

200.    Two (2) men were arrested in December 2017, for sex trafficking a minor female out of a Motel6 in Destin, Florida.

201.    In February 2018, a man engaged in sex trafficking of two (2) women at a Motel 6 near New Orleans, Louisiana.[62]

202.    The Columbus City Attorney's Office issued ultimatums in February 2018, to several area hotels to clean up or shut down, including but not limited to, the Motel 6 at 7480 North High Street which, according to police, had been the site of significant criminal activity and is nearby the Motel 6 Columbus.[63]

203.    Law enforcement responded to a 911 call from a seventeen (17) year old girl who was calling from the lobby of a Motel 6 in Claremont, California in February 2018. Upon arrival, officers discovered that the seventeen (17) year old caller and a fifteen (15) year old girl were both being sex trafficked at the hotel.[64]

204.    In March 2018, police found a ten (10) year old girl wearing a dog collar with a

---

https://apnews.com/d13636fec55c42b88a08af18db6196fb

[61] Mayra Cruz, *Harris County Sues Spring Area Motel Labeled Hot Spot For Crime*, Chron.com (Oct. 20, 2017), https://www.chron.com/neighborhood/spring/news/article/Harris-County-sues-Spring-area-motel-labeled-12293254.php

[62] Emily Lane, *Man Accused Of Trafficking Took Females To New Orleans To 'Make Some Money For Mardi Gras'*, Nola.com (Oct. 18, 2018), https://www.nola.com/crime/2018/10/man-accused-of-trafficking-took-femalesto-new-orleans-to-make-some-money-for-mardi-gras-warrant.html

[63] Maureen Kocot, *Columbus Cracks Down On Businesses With High Crime Rates*, 10 WBNS (Feb. 7, 2018), https://www.10tv.com/article/columbus-cracks-down-businesses-high-crime-rates

[64] Serena Fangary, *Social Media, Sexual Assault, And Sex Trafficking*, Webb Canyon Chronicle (May 23, 2018), https://webbcanyonchronicle.com/2953/features/social-media-sexual-assault/.

twenty-three (23) year old man who had raped her at a Motel 6 in Lakeland, Florida.[65]

205.    In Richfield, Minnesota a man was criminally charged in June 2018, for sex trafficking a fifteen (15) year old girl out of an area Motel 6.[66]

206.    Police busted a human trafficking operation at a Motel 6 in Ann-Arbor, Michigan in July 2018.[67]

207.    A Motel 6 in Braintree, Massachusetts surrendered its operating license in September 2018, after significant criminal activity, including sex trafficking, was documented occurring on its property.[68]

208.    Not until September 2018, did Defendant G6 announce that "the company will introduce anti-human trafficking training to corporate, field and property team members . . . Additionally, the company developed its own training for all property team members to understand how to effectively intervene and identify potential trafficking situations to protect each other, guests and the community."

209.    In November 2018, federal authorities arrested a man for sex trafficking a woman out of a Motel 6 in San Jose, California.[69]

210.    In December 2018, a husband and wife were arrested for sex trafficking women who were Chinese nationals out of a Motel 6 in Portsmouth, New Hampshire from approximately

[65]David Neal, *Florida Man, Burger King Manager Met His Online Girlfriend For A Hotel Sex Date, Cops Say. She's 10.*, Miami Herald (Mar. 29, 2018), https://www.miamiherald.com/news/local/community/miami-dade/westmiami-dade/article207303799.html

[66] *Man Charged With Sex Trafficking, Prostitution Of 15-Year-Old At Richfield Motel*, 5 ABC Eyewitness News (Jun. 19, 2018), https://kstp.com/news/man-charged-sex-trafficking-richfield-hotel/4955796/.

[67] Darcie Moran, *Man Charged With Human Trafficking At Ann Arbor-Area Hotel*, MLive.com (Dec. 7, 2018), https://www.mlive.com/news/ann-arbor/2018/12/man-charged-with-human-trafficking-at-ann-arbor-area-hotel.html.

[68] Daniel Libon, *Motel 6 Ends Fight To Reopen Braintree Location*, Patch (Sept. 19, 2018), https://patch.com/massachusetts/braintree/motel-6-ends-fight-reopen-braintree-location.

[69] *Alleged Pimp Arrested in San Jose for Sex-Trafficking Young Woman He Found on Instagram*, San Jose Inside (Nov. 9, 2018), https://www.sanjoseinside.com/2018/11/09/alleged-pimp-arrested-in-san-jose-for-sex-traffickingyoung-woman-he-found-on-instagram/.

2016 through 2017.[70]

211.    A fourteen (14) year old girl was held against her will at a Motel 6 in Raleigh, North Carolina and sex trafficked in or around January 2019.[71]

212.    Additionally, Defendant G6 has been aware of sex trafficking occurring on Motel 6 brand properties through publicly available online review websites such as www.yelp.com. Online reviews show the pervasiveness of customer reported sex trafficking on Motel 6 brand properties and Defendant G6's inattentiveness, for example:

a.    Regarding a November 2012, stay at a Motel 6 in Madison, Alabama a customer wrote: "[L]ocal police raided several rooms in the a.m. And arrested numerous 'guests' for what we later found out were drug, prostitution, and sex trafficking charges!! Like a movie. An extra $20 bucks gets you a better room, healthier conditions, and no 2 am swat team visit."[72]

b.    Another guest of the Motel 6 located at 8995 Madison Boulevard, Madison, Alabama 35758 wrote an online review in April 2015, entitled, "We'll Leave the red light on for You[,]" deriding the Motel 6 brand's advertising campaign, "We'll leave the light on for you®."[73] The guest went on to describe indicia of human trafficking which the security guard on site ignored and concluded: "I've since read other reviews that claimed

---

[70] Elizabeth Dinan, *Husband, Wife Charged In Sex Trafficking 'Scheme'*, Fosters.com (Dec. 14, 2018), https://www.fosters.com/news/20181214/husband-wife-charged-in-sex-trafficking-prostitution-scheme
[71] Amanda Lamb, *Third Man Arrested In Raleigh Alleged Child Trafficking*, WRAL.com, https://www.wral.com/third-man-arrested-in-raleigh-alleged-child-trafficking/18104963/ (last visited Feb. 28, 2019).
[72] Review Of Motel 6 Huntsville-Madison (Dec. 26, 2012), *available at* https://www.tripadvisor.com/ShowUserReviews-g30677-d244048-r201566882-Motel_6_Huntsville_Madison-Madison_Alabama.html (last visited Feb. 28, 2019).
[73] Review Of Motel 6 Huntsville-Madison (Apr. 29, 2015) https://www.tripadvisor.com/ShowUserReviewsg30677-d244048-r266732408-Motel_6_Huntsville_Madison-Madison_Alabama.html (last visited Mar. 1, 2019).

prostitution, sex-trafficking, and drug use at this hotel; after my one night's stay, I have NO reason to question these claims."[74]

c.   In September 2015, a guest of the Motel 6 located at 31 North Green Bay Road, Waukegan, Illinois 60085 wrote: "HORRIBLE HOTEL!!!...Prostitutes all over, drug dealers thru [sic] the hallway and parking lot[.]"[75]

d.   A guest of the Motel 6 located at 2727 White Lane, Bakersfield, California 93304 wrote in October 2015: "Prostitutes and drug dealers hung around outside for hours."[76]

e.   The Motel 6 located at 20 Jefferson Boulevard, Warwick, Rhode Island 02888 received this review in April 2016: "This motel has been in the news for domestic disputes, police standoffs, illegal meth labs, robberies, beatings, prostitution, and human trafficking. I am SHOCKED they are still in business. …[T]he motel looks post-apocalyptic. Stay here for Halloween if you really want the scare of your life."[77]

f.   In September 2016, a reviewer described a Motel 6 in Austin, Texas as follows: "we witnessed shady, sketchy activities of all sorts going on in the parking lot as well as at the businesses surrounding the motel which included: drug activity and use...shady characters circling the buildings multiple times, sex worker transactions, an actual fight, and possible

---

[74] Id.

[75] Review Of Motel 6 Waukegan (Sept. 14, 2015), *available at* https://www.yelp.com/biz/motel-6-waukegan (last visited Feb. 28, 2019).

[76] Review Of Motel 6 Bakersfield (Oct. 22, 2015), *available at* https://www.yelp.com/biz/motel-6-bakersfield (last visited Feb. 28, 2019).

[77] Review Of Motel 6 Warwick (Apr. 10, 2016), *available at* https://www.yelp.com/biz/motel-6-warwick (last visited Feb. 28, 2019).

human trafficking activity."[78]

g.      A review of the Motel 6 located at 34047 Fremont Boulevard, Fremont, California 94555 posted in February 2017 stated: "Guys might be sex trafficking at this Motel 6. I saw young girls and older men often."[79]

h.      A guest of the Motel 6 located at 497 Quince Orchard Road, Gaithersburg, Maryland 20878 bemoaned in May 2017: "At one point the fighting between the prostitutes and pimp was so loud that the police were called."[80]

i.      The Motel 6 located at 1015 South Washburn Street, Osh Kosh, Wisconsin received the following review in May 2018: "It was in a very dangerous area and the first night I was there and returned from an outing... there were 8 police men busting some human trafficking people!! This is common there I found out."[81]

j.      A guest of a Motel 6 in Lawrenceville, New Jersey reported in July 2018: "[A] woman walked...in, barely able to hold herself up and clearly drugged out of her mind[.] She told [the clerk] she had 'an appointment' in room 2-whatever, he handed her a keycard, and she...flagged down a car that was pulled off near the entrance, and walked towards the rooms at the

---

[78] Review Of Motel 6 Austin-Midtown (Jul. 12, 2017), *available at* https://www.tripadvisor.com/ShowUserReviews-g30196-d98441-r501375572-Motel_6_Austin_Midtown-Austin_Texas.html (last visited Feb. 28, 2019).

[79] Review Of Motel 6 Fremont North (Feb. 2017), *available at* https://www.kayak.com/Fremont-Hotels-Motel-6-Fremont-North.113185.ksp (last visited Feb. 28, 2019).

[80] Review Of Motel 6 Gaithersburg (May 15, 2017), *available at* https://www.yelp.com/biz/motel-6-gaithersburg (last visited Feb. 28, 2019).

[81] Review Of Motel 6 Oshkosh (May 20, 2018), *available at* https://www.booking.com/reviews/us/hotel/motel-6-oshkosh.html (last visited Feb. 28, 2019).

37

back of the building as the car followed her. To me, that screamed human trafficking/prostitution."[82]

k.    On September 11, 2018, a reviewer of the Motel 6 located at 7541 Nates Road, Columbia, South Carolina posted: "Really nasty. My husband was propositioned, and I was asked if I wanted drugs. Lots of men hanging out in lobby selling women. The room was nasty...The parking lot is harboring a sex trafficking situation along with drug sales. We were lucky to get out with our lives."[83]

l.    A guest who stayed at the Motel 6 located at 1051 Eastern Boulevard, Montgomery, Alabama 36117 in December 2018 wrote: "The drug dealers operating out of some of the rooms. Also, there could have been prostitution or human trafficking going on. Very suspicious. Lots of cars in and out all night long."[84]

m.    In reference to a December 2018, visit to a Motel 6 located at 7640 Cedar Avenue South, Richfield, Minnesota 55423, a reviewer observed: "There's also clearly some human trafficking going on, but judging from the occasional visits by security and police, nothing is going to be done about that."[85]

---

[82] Review Of Motel 6 Lawrenceville, NJ (Jul. 10, 2018), *available at* https://www.travelocity.com/Princeton-Hotels-Howard-Johnson-By-Wyndham-PrincetonLawrenceville.h17767.Hotel-Information (last visited Feb. 28, 2019).
[83] Review Of Motel 6 - Columbia, SC (Sept. 11, 2018), *available at* https://www.yelp.com/biz/motel-6-columbia-2 (last visited Feb. 28, 2019).
[84] Review Of Motel 6 Montgomery - East (Jan. 1, 2019), *available at* https://www.booking.com/hotel/us/montgomery-1051-eastern-boulevard.html#tab-reviews (last visited Feb. 28, 2019).
[85] Review Of Motel 6 Minneapolis Airport - Mall Of America (Jan. 8, 2019), *available at* https://www.booking.com/hotel/us/motel-6-minneapolis-airport-mall-of-america.html#tab-reviews (last visited Feb. 28, 2019).

n.   A guest who stayed at the Studio 6 Tulsa, located at 8181 E 41st St, Tulsa, OK 74145-3313 in May 2012 wrote "The parking area becomes very active after 1130 pm with what appears to be prostitutes and drug deals, not a safe place to bring kids."[86]

o.   In November 2017, a 15-year-old runaway was enticed into prostitution and rented two motel rooms at Studio 6 Dallas for commercial sex acts. Her trafficker had posted nude photos and ads of her on www.backpage.com.[87]

p.   An undercover officer responded to an adult ad placed on www.Backpage.com to meet with a suspected prostitute at the Studio 6 Motel near East 41st Street, Tulsa, OK. The alleged victim was placed under arrest after she allegedly gave the undercover officer a condom and agreed to exchange oral sex for $150." [88]

q.   In July 2012, a man was accused of trafficking young girls in the foster-care program for sex in Jacksonville, Florida. According to court records, the victims often met customers at Studio 6.[89]

**La Quinta**

213.   At all times material hereto, the La Quinta Defendants were in an agency relationship with La Quinta branded hotels offering public lodging services in the hotel. This agency relationship was created through the La Quinta Defendants' exercise of an ongoing and

---

[86] Review of Studio 6 Tulsa (May 2012), available at https://www.tripadvisor.com/Hotel_Review-g51697-d225069-Reviews-or25-Studio_6_Tulsa-Tulsa_Oklahoma.html#REVIEWS (last visited Nov. 20, 2019)

[87] see https://www.fox10phoenix.com/news/irving-pd-man-forced-15-year-old-runaway-into-prostitution  (last visited Nov. 20, 2019)

[88]  See http://www.johntv.com/blog/2016/maricus-moore-ariel-smith-sex-trafficking-tulsa (last visited Nov. 20, 2019)

[89] See https://www.news4jax.com/news/2012/07/07/feds-man-recruited-foster-care-girls-for-prostitution/ (last visited Nov. 20, 2019)

systemic right of control over La Quinta hotels by the La Quinta Defendants' operations, including the means and methods of how La Quinta branded hotels conducted daily business through one or more of the following actions:

a.    Hosting online bookings on the La Quinta Defendants' domain;

b.    Requiring La Quinta branded hotels to use the La Quinta Defendants' customer rewards program;

c.    Setting employee wages;

d.    Making employment decisions;

e.    Advertising for employment;

f.    Sharing profits;

g.    Standardized training methods for employees;

h.    Building and maintaining the facility in a manner specified by the owner;

i.    Standardized or strict rules of operation;

j.    Regular inspection of the facility and operation by owner;

k.    Fixing prices;

l.    Building and maintaining the facility in a manner specified by the owner; and

m.    Other actions that deprive La Quinta branded hotels of independence in business operations.

214.    An apparent agency also exists between the La Quinta Defendants and La Quinta hotels. The La Quinta Defendants held out La Quinta branded hotels to the public as possessing authority to act on its behalf.

40

215.    For years, the La Quinta Defendants have demonstrated willful blindness to the rampant culture of sex trafficking which tragically occurs on its La Quinta branded properties throughout the country. This same entrenched, pervasive willful blindness to sex trafficking facilitated the sex trafficking of Plaintiff Jane Doe at La Quinta hotels that forms the basis of this complaint.

216.    Indeed, Plaintiff was a Gold card member at La Quinta and would stay in the same rooms during the time that she was trafficked.

217.    Plaintiff usually paid for the room in cash with no issue from the staff at the front desk.

218.    There are countless examples across place and time of the La Quinta Defendants' knowledge of sex trafficking on its La Quinta branded properties and its continued, total inattention to preventing and remedying the blight of human trafficking on the lives and liberties of its victims.

219.    For example, in June 2016, a man was charged with prostituting a seventeen (17) year old girl in the La Quinta hotel located at 8101 Peters Road, Plantation, Florida. The man had paid cash for the room and posted an ad on www.Backpage.com using the victim's cell phone number.[90]

220.    In June 2017, a twenty-two (22) year old woman called the police after she was forced into prostitution at a La Quinta Inn in Ft. Lauderdale, Florida where in just four days, she was forced to have sex with approximately one hundred (100) men between the La Quinta hotel and another nearby hotel. [91]

---

[90] https://www.local10.com/news/crime/man-accused-of-pimping-teenager-out-at-plantation-hotel (last visited Nov. 20, 2019)
[91] https://www.local10.com/news/crime/deerfield-beach-man-lured-women-into-becoming-sex-slaves-investigators-say (last visited Nov. 20, 2019)

221.    In May 2018, police arrested the manager of a La Quinta in Tuscaloosa, Alabama for human trafficking.[92]

222.    In November 2017, policed arrested a man in the La Quinta Inn located at 1030 E. 23rd St, Panama City, Florida, charging him with, among other things, human trafficking.[93]

223.    In August 2014, after days of surveillance, Austin police closed in on a prostitution ring at a La Quinta Inn in downtown Austin. Three suspects were arrested and charged with human trafficking.[94]

224.    From March 2012 until November 2013, police detectives made sixteen (16) prostitution related arrests at a La Quinta Inn in San Diego. As part of the agreement with the San Diego City Attorney's Office, La Quinta Inn agreed to add cameras, check identification of guests and their visitors and utilize security guards. According to the City Attorney's office, La Quinta Inn has a history of illegal activity and refusing to respond or cooperate with vice officers trying to curb prostitution at the hotel.[95]

225.    The La Quinta Defendants have been aware of sex trafficking occurring on La Quinta brand properties through publicly available online review websites. Online reviews show the pervasiveness of customer reported sex trafficking on La Quinta brand properties. For instance:

        a.     A guest who stayed at the La Quinta hotel in Tallahassee, Florida in April 2014 wrote, "Ho-Tel," and "Note (sic) a nice place to sleep. Very cheap towels, dirty shower, hookers in the parking lot."[96]

---

[92] https://abc3340.com/news/local/tuscaloosa-hotels-fight-against-human-trafficking-prostitution (last visited Nov. 20, 2019)

[93] https://www.newsherald.com/news/20171126/pcpd-pair-charged-with-human-trafficking-forced-prostitution (last visited Nov. 20, 2019)

[94] https://abc13.com/archive/8785503/ (last visited Nov. 20, 2019)

[95] https://www.sandiegouniontribune.com/sdut-la-quinta-inn-prostitution-rancho-penasquitos-2013nov21-story.html (last visited Nov. 20, 2019)

[96] https://www.tripadvisor.com/Hotel_Review-g34675-d88477-Reviews-or300-La_Quinta_Inn_by_Wyndham_Tallahassee_North-Tallahassee_Florida.html#REVIEWS (last visited Nov. 20,

b.    In November 2013, a guest who cancelled her reservation at this hotel, wrote, "I observed a young girl getting dropped off (not at the entrance but further down the parking lot) by a young man. She was towing a large suitcase. Realized something wasn't quite right, by the way she was dressed -- her shorts were 2 sizes too small. She went inside and came out again 5 minutes later and was talking on her cell phone - probably making contact with her "client". We cancelled the reservation and went somewhere else. Realized we had done the right thing when some of our family members confirmed they thought prostitution was going on and we later read the Trip Advisor."[97]

c.    In May 2013, another guest wrote, "Prostitution & Drugs," and "Worst hotel every. I had to call the police because some random person was trying to get into my room. When the police came, he asked if I had ever stayed there because this hotel was very well known for drugs and prostitution on the 4th floor. So, my room was next to the exit door which they kept propped open so the 'men' could get in undetected."[98]

d.    In December 2012, another guest wrote, "Crime Inc" " By far the worst hotel I have stayed in this year. There are prostitutes and drug dealers on the property full time. TV was broken 5 days and not fixed. Felt super un-comfortable the whole time there. The manager basically stated she couldn't

---

2019)

[97] https://www.tripadvisor.com/Hotel_Review-g34227-d224784-Reviews-or40-La_Quinta_Inn_by_Wyndham_Ft_Lauderdale_Tamarac_East-Fort_Lauderdale_Broward_County_Flori.html#REVIEWS (last visited Nov. 20, 2019)

[98] https://www.tripadvisor.com/Hotel_Review-g34227-d224784-Reviews-or45-La_Quinta_Inn_by_Wyndham_Ft_Lauderdale_Tamarac_East-Fort_Lauderdale_Broward_County_Flori.html#REVIEWS (last viewed Nov. 20, 2019)

control the type of guest who checked into the property. The whole third from smells like marijuana and I thought that was illegal in Florida. Sign at front desk states not responsible for damage to vehicles in parking lot. Would never stay here again EVER. Not safe for families or elderly."[99]

e.    In August 2013, a guest at the La Quinta located at 3800 West Commercial Blvd in Ft. Lauderdale, Florida wrote, "Rating" "There were hookers on the 3rd floor and smelled like pot in the hallways. The police were there a couple of times."[100]

f.    In June 2013, a guest at the La Quinta located at 3800 West Commercial Blvd in Ft. Lauderdale, Florida wrote, "Shady guests at this place" " I just read a review from someone noting prostitution and drugs at this hotel and suddenly everything I saw while staying there makes sense. About 70% of the guests I came in contact with seemed extremely shady. Even though I was there with my boyfriend who is in law enforcement, I was so uncomfortable that I cut our stay short by two nights."[101]

g.    In another La Quinta hotel where Plaintiff was trafficked, a guest wrote in March 2017, "Never Stay Here!" "I could hear multiple people having

---

[99] https://www.tripadvisor.com/Hotel_Review-g34227-d224784-Reviews-or50-La_Quinta_Inn_by_Wyndham_Ft_Lauderdale_Tamarac_East-Fort_Lauderdale_Broward_County_Flori.html#REVIEWS (Last viewed Nov. 20, 2019)
[100] https://www.tripadvisor.com/Hotel_Review-g34227-d224784-Reviews-or45-La_Quinta_Inn_by_Wyndham_Ft_Lauderdale_Tamarac_East-Fort_Lauderdale_Broward_County_Flori.html#REVIEWS (last viewed Nov. 20, 2019)
[101] https://www.tripadvisor.com/Hotel_Review-g34227-d224784-Reviews-or45-La_Quinta_Inn_by_Wyndham_Ft_Lauderdale_Tamarac_East-Fort_Lauderdale_Broward_County_Flori.html#REVIEWS (last viewed Nov. 20, 2019)

relations all night/next day. When I told my friends where I was staying, they laughed and said that hotel was known for "workers"." [102]

    h.    In that same hotel, a quest wrote in April 2016: "Bad experience" "this place seems to be used as a low-income housing unit. there were people hanging out in the hallways, women coming and going with babies, and other people hanging out by the pool drinking and looking like they have been staying there a long time. definitely not your everyday traveling folks."[103]

    i.    Another guest in this hotel wrote in June 2015 "Drug Dealing Going On" "We stayed at this LaQuinta several years ago. We will never go back. The woman across the hall had men coming in and out and you could tell they were dealing drugs. The front desk did nothing about it, so I made them change our rooms to another floor."[104]

**Rodeway Inn**

226.    Upon information and belief, 8444 Investments owned the hotel located at 8444 International Drive, Orlando, Florida from February 2007 to May 2018.

227.    During that time frame, the hotel went through multiple name changes, including the Rodway Inn International.

228.    Regardless of the name on the outside of the hotel, 8444 Investments demonstrated willful blindness to the rampant culture of sex trafficking which tragically occurred at its hotel.

---

[102] https://www.tripadvisor.com/Hotel_Review-g34565-d87190-Reviews-or10-La_Quinta_Inn_Suites_by_Wyndham_Ft_Lauderdale_Plantation-Plantation_Broward_County_Florid.html#REVIEWS (last viewed Nov. 20, 2019)
[103] https://www.tripadvisor.com/Hotel_Review-g34565-d87190-Reviews-or25-La_Quinta_Inn_Suites_by_Wyndham_Ft_Lauderdale_Plantation-Plantation_Broward_County_Florid.html#REVIEWS (last viewed Nov. 20, 2019)
[104] https://www.tripadvisor.com/Hotel_Review-g34565-d87190-Reviews-or35-La_Quinta_Inn_Suites_by_Wyndham_Ft_Lauderdale_Plantation-Plantation_Broward_County_Florid.html#REVIEWS (last viewed Nov. 20, 2019)

229.    Indeed, on or about July 28, 2013, the Metropolitan Bureau of Investigation ("MBI") section of the Orange County Sheriff's Office conducted a sting operation relating to prostitution and human trafficking.

230.    On said date, an undercover agent with the MBI contacted prostitutes that were advertised under the escort section of Backpage.com and set up a date or appointment for sex with a woman off this website.

231.    The undercover agent was directed to meet this woman at the hotel located at 8444 Austrian Court, Orlando, FL, which is also known as 8444 International Drive, Orlando, FL.  The agent did so and ultimately arrested the prostitute's pimp, Aaron David George.

232.    Mr. George was convicted of the following offenses for his actions at this hotel:

· Two (2) Counts of Human Trafficking By Use of Coercion For Commercial Sexual Activity;

· Human Trafficking For Commercial Sexual Activity of a Child Under 18;

· Conduct or Participation in an Enterprise Through Racketeering;

· Deriving Support from the Proceeds of Prostitution; and

· Four (4) Counts of Sexual Activity With a 16 or 17 Year Old Child.

233.    The July 28, 2013 sting was not the only time Mr. George was arrested for sex trafficking and deriving support and proceeds of prostitution at this hotel.

234.    Unfortunately, even after Mr. George's conviction, the prostitution and human trafficking of minors at this hotel continued.

235.    In May 2014, a guest wrote in his online review, "[o]bvious prostitution just outside so if that's what you're looking for you found heaven.."[105]

---

[105] https://www.tripadvisor.com/Hotel_Review-g34515-d85409-Reviews-or5-Rodeway_Inn_International_Drive-Orlando_Florida.html#REVIEWS

236.    In November 2014 and January 2015, guests commented on seeing signs posted at the hotel, warning against prostitution on the premises. [106]

237.    Despite the signs, prostitution and human trafficking continued.

238.    In April 2016, a guest wrote about her six (6) day stay at this hotel where the police were frequently called and advised that the hotel was "known for prostitution and drugs."[107]

239.    In May 2017, another guest at the hotel wrote a review, commenting on the prostitution in the rooms.[108]

240.    In July 2018, three (3) men were arrested for human trafficking of a minor at this hotel.[109]

241.    And yet, three (3) months later, in October 2018, another hotel guest commented regarding prostitution at the hotel.[110]

**Sawgrass Inn**

242.    For years Defendant Sawgrass Inn has been on notice of repeated incidences of sex trafficking occurring on its properties, yet it has failed to take action to prevent sex trafficking at the Sawgrass Inn and still persists in failing to take necessary action to prevent sex trafficking on this property. Defendant, Sawgrass Inn's inattention in this regard enabled and contributed to the sex trafficking the Plaintiff suffered at the Sawgrass Inn in Plantation, Florida.

243.    For example, in June 2015, a guest at the Sawgrass Inn in Plantation wrote the following in an online review, Disgusting. . . DON'T EVEN THING ABOUT IT. . . . Where can

---

[106] https://www.tripadvisor.com/Hotel_Review-g34515-d85409-Reviews-Rodeway_Inn_International_Drive-Orlando_Florida.html#REVIEWS

[107] Id.

[108] Id.

[109] https://www.clickorlando.com/news/2018/07/19/3-men-arrested-for-trafficking-teen-girl-at-i-drive-area-hotel-deputies-say/

[110] https://www.tripadvisor.com/Hotel_Review-g34515-d85409-Reviews-Rodeway_Inn_International_Drive-Orlando_Florida.html#REVIEWS

I start? I think this place needs to be destroy. There is nothing good about it. Its dirty. I even saw a man with 3 baby dogs in is room. It was probably his home. Weird people. Prostitutes. Sex offenders. Don't go there !!!!!"[111]

244.    In January 2016, a guest at the Sawgrass Inn in Plantation wrote the following in an online review, "Nasty, Prostitution filled hotel - Recently visited this hotel and not only was it disgusting, there was a room next to me that the woman was clearly a prostitute, then the constant hanging in front the room smoking drugs (I've smelled marijuana and this smelled laced with something) and drinking. You would literally see the boyfriend and another older woman go sit outside then a man would come and when he would leave the boyfriend or pimp and other woman would go back in the room...all day long. From the looks of it, they have lived there a while. DOES NOT SEEM LIKE A SAFE PLACE !"[112]

245.    Another January 2016 guest wrote, "Horrifying….RUN -  This place was absolutely disgusting. . . . On a positive note, should we have decided to smoke crack or solicit prostitutes, we surely wouldn't have had to go far to find either."113

246.    In March 2016, another guest at the Sawgrass Inn in Plantation wrote the following in an online review, "RUN AWAY!!!!!! I felt I at a loss without meth, a crack pipe and a pimp. Do whatever you can to avoid this motel. PLEASE!!!!"[114]

---

[111] https://www.tripadvisor.com/Hotel_Review-g34565-d575759-Reviews-Sawgrass_Inn_Conference_Center-Plantation_Broward_County_Florida.html

[112] https://www.tripadvisor.com/Hotel_Review-g34565-d575759-Reviews-Sawgrass_Inn_Conference_Center-Plantation_Broward_County_Florida.html

[113] https://www.tripadvisor.com/Hotel_Review-g34565-d575759-Reviews-Sawgrass_Inn_Conference_Center-Plantation_Broward_County_Florida.html

[114] https://www.tripadvisor.com/Hotel_Review-g34565-d575759-Reviews-Sawgrass_Inn_Conference_Center-Plantation_Broward_County_Florida.html

247.    Another 2016 quest wrote, "Disgusting. When u step outside, there are prostitutes and people using drugs, drink on the deck that stays there, I observed this with my own eyes. The owner should change the name to a brothel."[115]

248.    In September 2017, a guest at the Sawgrass Inn in Plantation wrote the following in an online review, "WORST HOTEL EVER IT'S LIKE LIVING IN A HOMELESS SHELTER IN THE WORST PART OF TOWN - Then for this hotel to be in Plantation, a very well-known nice area, there was a lot of drug and alcohol usage all in front my room which left a very and unsafe first impression. . . . Every night there is a lot of drug usage, severely over intoxicated people on the premises, and police called nightly. People with children and or families should never come here at all."[116]

249.    In 2018, another guest wrote, "Rude staff and management. if you like drugs, prostitutes and roaches along with bedbugs then this is a perfect place for you!! Rundown and falling apart."[117]

---

[115] https://www.google.com/travel/hotels/entity/CgsIzJW-uojRstiqARAB/reviews?g2lb=2502405%2C2502548%2C4208993%2C4254308%2C4258168%2C4260007%2C4270442%2C4274032%2C4285990%2C4289525%2C4291318%2C4301054%2C4305595%2C4308216%2C4313006%2C4314846%2C4315873%2C4317816%2C4317915%2C4324293%2C4326405%2C4328159%2C4329288%2C4270859%2C4284970%2C4291517%2C4292955%2C4316256%2C4333108&hl=en&gl=us&un=1&rp=EMyVvrqI0bLYqgE4AkAASAE&ictx=1&sa=X&ved=2ahUKEwirneHcu7rmAhVUBc0KHfe1CmUQ4gkwDXoECBgQFg&hrf=IgNVU0QqFgoHCOMPEAwYGBIHCOMPEAwYGRgBKACCASUweDg4ZDkwNjMzYzY3OTk3Y2I6MHhhYWIwY2E4ODg3NGY4YWNjmgEnGiUweDg4ZDkwNjMzYzY3OTk3Y2I6MHhhYWIwY2E4ODg3NGY4YWNj&tcfs=EhoaGAoKMjAxOS0xMi0yNBIKMjAxOS0xMi0yNVIA

[116] https://www.tripadvisor.com/Hotel_Review-g34565-d575759-Reviews-Sawgrass_Inn_Conference_Center-Plantation_Broward_County_Florida.html

[117] https://www.google.com/travel/hotels/entity/CgsIzJW-uojRstiqARAB/reviews?g2lb=2502405%2C2502548%2C4208993%2C4254308%2C4258168%2C4260007%2C4270442%2C4274032%2C4285990%2C4289525%2C4291318%2C4301054%2C4305595%2C4308216%2C4313006%2C4314846%2C4315873%2C4317816%2C4317915%2C4324293%2C4326405%2C4328159%2C4329288%2C4270859%2C4284970%2C4291517%2C4292955%2C4316256%2C4333108&hl=en&gl=us&un=1&rp=EMyVvrqI0bLYqgE4AkAASAE&ictx=1&sa=X&ved=2ahUKEwirneHcu7rmAhVUBc0KHfe1CmUQ4gkwDXoECBgQFg&hrf=IgNVU0QqFgoHCOMPEAwYGBIHCOMPEAwYGRgBKACCASUweDg4ZDkwNjMzYzY3OTk3Y2I6MHhhYWIwY2E4ODg3NGY4YWNjmgEnGiUweDg4ZDkwNjMzYzY3OTk3Y2I6MHhhYWIwY2E4ODg3NGY4YWNj&tcfs=EhoaGAoKMjAxOS0xMi0yNBIKMjAxOS0xMi0yNVIA

250.    Another 2018 guest wrote the following in a review, "Rude staff and management. if you like drugs, prostitutes and roaches along with bedbugs then this is a perfect place for you!! Rundown and falling apart."[118]

## JANE DOE WAS REPEATEDLY EXPLOITED IN THE HOTEL DEFENDANTS' HOTELS AND MOTELS

251.    From 2012 to 2017, Plaintiff was repeatedly exploited at the Hotel Defendants' locations by her traffickers.

252.    While victimized by her traffickers, Jane Doe was subject to repeated instances of rape, physical abuse, verbal abuse, exploitation, psychological torment, kidnapping, and false imprisonment at the Hotel Defendants' hotels and motels.

253.    From early 2012 until July 2017, Plaintiff was repeatedly trafficked for sex at all the Hotel Defendants' hotels identified herein.

254.    The owner of the Sky Motel even had sex with the Plaintiff while she was being trafficked.

255.    Rather than prevent human trafficking, the Hotel Defendants knowingly continued to profit from the sex trafficking of the Plaintiff by harboring or otherwise facilitating the sex trafficking venture operating out of their hotels. The indicia of human trafficking were open and obvious at the Hotel Defendants' hotels and all were willfully blind to the indicia of human trafficking to the great detriment and injury to the Plaintiff.

256.    The Plaintiff was ultimately "rescued" by law enforcement in Plantation, Florida.

257.    The Hotel Defendants refused to take any steps to alert the authorities, properly intervene in the situation, or take reasonable security steps to improve awareness of sex trafficking and/or prevent the sexual exploitation of minors at their properties.

---

[118] Id.

258.    Prior to, during, and following the incidents described herein, the Hotel Defendants had actual and/or constructive notice of drug dealing, prostitution, and/or general safety concerns at their hotels, including, but not limited to, video surveillance of their hotels, as well as oral or written complaints regarding said suspicious activity. The Hotel Defendants failed to take any actions to curtail these activities.

259.    Had the Hotel Defendants been paying attention to the activities being conducted at their hotels and on their properties, and the apparent red flags outlined above, it would have been impossible for them not to notice the victimization of Jane Doe.

260.    This failure lead to Plaintiff's continued sexual exploitation and sexual assault while The Hotel Defendants turned a blind eye to the plague of human trafficking and the sexual exploitation of minors at their locations.

## THE HOTEL DEFENDANTS FACILITATED SEX TRAFFICKING

261.    The Hotel Defendants profited from sex trafficking and knowingly or negligently aided and engaged with them in their sex trafficking venture.

262.    The Hotel Defendants leased rooms to traffickers when they knew, or should have known, that they were using their rooms to imprison, physically assault, and subject trafficking victims to repeated exploitation in sexual servitude.

263.    The Hotel Defendants knew, or should have known, that trafficking was occurring at their hotels and they were knowingly benefiting financially from the exploitation of women.

264.    The Hotel Defendants knew, or should have known, that trafficking was occurring at their hotels because of the constant noticeable and abnormal foot traffic required to appease the traffickers' demands.

265.    The Hotel Defendants profited from sex trafficking and knowingly or negligently aiding and participating with the traffickers.

266.    The Hotel Defendants had the opportunity to stop traffickers at their hotels. Instead, every Hotel Defendant failed to take reasonable measures to stop sex trafficking from occurring in their hotels.

267.    At all times material hereto, each of the Hotel Defendants enjoyed the steady stream of income that sex traffickers bring to their budget level hotel brands.

268.    At all times material hereto, the Hotel Defendants financially benefitted from their ongoing reputation for privacy, discretion, and the facilitation of commercial sex.

269.    The Hotel Defendants failed to take any steps to alert the authorities, properly intervene in the situation, or take reasonable security steps to improve awareness of sex trafficking and/or prevent sexual exploitation on their properties.

270.    The Hotel Defendants maintained their deficiencies to maximize profits by:

a.    Reducing the cost of training employees and managers of how to spot the signs of human trafficking and sexual exploitation and what steps to take;

b.    Not refusing room rentals, or reporting guests to law enforcement, in order to maximize the number of rooms occupied and the corresponding rates, even if the rooms rented were to sex traffickers or buyers;  and

c.    Lowering security costs by not having proper security measures, including, but not limited to, employing qualified security officers to actively combat human trafficking and sexual exploitation.

271.    As a direct and proximate result of these egregious practices on the part of the Defendants, Jane Doe and victims of sex trafficking and exploitation like her, have been permanently injured and damaged physically, emotionally, psychologically, and financially.

## COUNT I
## FOR NEGLIGENCE
## AGAINST THE HOTEL DEFENDANTS

272.    Paragraphs 1 through 271 are realleged.

273.    At all relevant times, the Hotel Defendants created a foreseeable zone of risk by creating, fostering, and maintaining an environment where human traffickers, including Plaintiff's traffickers, could evade legal detection while coercing human trafficking victims, including Plaintiff, to engage in commercial sexual conduct in Defendants' hotels.

274.    Plaintiff fell within the foreseeable zone of risk created by the Hotel Defendants' misconduct alleged above, as she was a young female who was forced into prostitution by traffickers working in concert with the Hotel Defendants.

275.    **Duty**. Having created a foreseeable zone of risk through the actions and omissions described above, the Hotel Defendants each owed a duty to the foreseeable victims of human trafficking, including Plaintiff, to minimize the risk of harm or otherwise take sufficient precautions to protect those foreseeable victims.

276.    **Breach**. The Hotel Defendants breached their duty of care by continuing to enable human trafficking, including the sexual exploitation and abuse of Plaintiff, at their hotels. Indeed, rather than acting to minimize the risk of harm to human trafficking victims, including Plaintiff, or taking reasonable steps to protect the victims, the Hotel Defendants instead accepted substantial sums of money from traffickers, including Plaintiff's traffickers, in exchange for allowing the traffickers to continue to exploit and abuse Plaintiff and other victims at Defendants' hotels.

53

277.    The Hotel Defendants further breached their duty of care by failing to:

    a.    Adequately distribute information to assist employees in identifying human trafficking;

    b.    Provide a process for escalating human trafficking concerns within the organization;

    c.    Mandate managers, employees, or owners attend training related to human trafficking;

    d.    Provide new hire orientation on human rights and corporate responsibility;

    e.    Provide training and education on human trafficking through webinars, seminars, conferences, and online portals;

    f.    Develop and hold or require ongoing training sessions on human trafficking;

    g.    Provide checklists, escalation protocols, and other information to property management staff regarding human trafficking prevention; and

    h.    Establish and follow trafficking performance indicators and key metrics to help prevent human trafficking

278.    **Legal Causation.** The actions and omissions of the Hotel Defendants directly, and in a natural and continuous sequence, caused and contributed to the repeated sexual exploitation and abuse of Plaintiff.

279.    **Damages.** As a direct and proximate result of the foregoing, Plaintiff has suffered, and will continue to suffer, substantial physical, emotional, and psychological injuries and other damages (including medical care, lost wages, and other economic and non-economic damages).

**WHEREFORE,** Plaintiff Jane Doe demands judgment against the Hotel Defendants for compensatory damages, costs, interest as allowed by law, and for such other relief as the Court deems just and demands a trial by jury on all issues so triable as a matter of right.

**COUNT II**
**FOR CIVIL AIDING AND ABETTING**
**AGAINST THE HOTEL DEFENDANTS**

280.    Paragraphs 1 through  271 are realleged.

281.    At all relevant times, the Hotel Defendants created, fostered, and maintained an environment where human traffickers, including Plaintiff's traffickers, could evade legal detection while coercing human trafficking victims, including Plaintiff, to engage in commercial sexual conduct in Defendants' hotels.

282.    **The Wrongful Act.** Plaintiff's traffickers repeatedly exploited Plaintiff by illegally forcing and coercing her to engage in commercial sexual activities.

283.    **General Awareness of Role in Illegal and Tortious Conduct.** Despite knowing of rampant human trafficking at their hotels, including the hotels where Plaintiff was repeatedly abused and exploited, as alleged above, the Hotel Defendants continued to enable human trafficking at their hotels.

284.    **Knowing and Substantial Assistance.** Rather than acting to minimize the risk of harm to human trafficking victims, including Plaintiff, or taking reasonable steps to protect the victims, the Hotel Defendants instead accepted substantial sums of money from traffickers, including Plaintiff's traffickers, in exchange for allowing the traffickers to continue to exploit and abuse Plaintiff and other victims at Defendants' hotels.  The Hotel Defendants' actions in doing so provided substantial assistance to Plaintiff's traffickers, as the hotel rooms provided safe and

55

anonymous neutral locations where both Plaintiff's traffickers and the various Johns who paid to have sex with Plaintiff felt comfortable to carry out their illegal transactions.

285.    **Legal Causation.** The actions and omissions of the Hotel Defendants directly, and in a natural and continuous sequence, caused and contributed to the repeated sexual exploitation and abuse of Plaintiff.

286.    **Damages.** As a direct and proximate result of the foregoing, Plaintiff has suffered, and will continue to suffer, substantial physical, emotional, and psychological injuries and other damages (including medical care, lost wages, and other economic and non-economic damages).

**WHEREFORE,** Plaintiff Jane Doe demands judgment against the Hotel Defendants for compensatory damages, costs, interest as allowed by law, and for such other relief as the Court deems just and demands a trial by jury on all issues so triable as a matter of right.

**COUNT III**
**FOR CIVIL CONSPIRACY**
**AGAINST THE HOTEL DEFENDANTS**

287.    Paragraphs 1 through 271 are realleged.

288.    The Hotel Defendants created, fostered, and maintained an environment where human traffickers, including Plaintiff's traffickers, could evade legal detection while coercing human trafficking victims, including Plaintiff, to engage in commercial sexual conduct in Defendants' hotels.

289.    **Actual or Implied Agreement to Do an Unlawful Act.** By continuing to enable human trafficking despite knowing the problem was rampant at their hotels, the Hotel Defendants 6:19-cv-02414demonstrated either an actual or implied agreement to foster the illegal commercial sexual exploitation and abuse of Plaintiff.

290.    **Unlawful Act.** Plaintiff's traffickers repeatedly exploited Plaintiff by illegally forcing and coercing her to engage in commercial sexual activities.

291.    **Overt Act in Pursuance of Conspiracy.** Rather than acting to minimize the risk of harm to human trafficking victims, including Plaintiff, or taking reasonable steps to protect the victims, the Hotel Defendants instead accepted substantial sums of money from traffickers, including Plaintiff's traffickers, in exchange for allowing the traffickers to continue to exploit and abuse Plaintiff and other victims at Defendants' hotels.

292.    **Damage to Plaintiff as a Result of the Conspiracy.** The actions and omissions of the Hotel Defendants directly, and in a natural and continuous sequence, caused and contributed to the repeated sexual exploitation and abuse of Plaintiff. As a direct and proximate result of being sexually exploited and abused, Plaintiff has suffered, and will continue to suffer, substantial physical, emotional, and psychological injuries and other damages (including medical care, lost wages, and other economic and non-economic damages).

**WHEREFORE,** Plaintiff Jane Doe demands judgment against the Hotel Defendants for compensatory damages, costs, interest as allowed by law, and for such other relief as the Court deems just and demands a trial by jury on all issues so triable as a matter of right.

**COUNT IV**
**FOR VIOLATION OF THE TRAFFICKING VICTIMS PROTECTION**
**REAUTHORIZATION ACT OF 2008, 18 U.S.C. §1595**
**AGAINST THE HOTEL DEFENDANTS**

293.    Paragraphs 1 through 271 are realleged.

294.    The Plaintiff is a survivor of sex trafficking within the meaning of 18 U.S.C. §1591 and is entitled to bring a civil action under 18 U.S.C. §1595 against any individual or entity whose violations of the TVPRA proximately caused the Plaintiff to sustain physical and psychological injuries.

295.    The Hotel Defendants knowingly benefitted from participating in a venture which they knew was engaged in illegal sex trafficking in violation of the TVPRA, 18 U.S.C. §1591(a)(2), by inter alia, engaging in acts and omissions that were intended to support, facilitate, harbor, and otherwise further the trafficker's sale and victimization of the Plaintiff for commercial sexual exploitation.

296.    The Hotel Defendants knew that their repeated failures to address known risks of human trafficking on their hotel properties would increase the overall volume of illegal commercial sexual exploitation and victimization at their hotel properties.

297.    Defendants knowingly benefitted from facilitating the trafficking of persons on the hotel properties.

298.    The Hotel Defendants knowingly benefitted financially from the presence of the traffickers at their hotel properties by consistently renting rooms where traffickers repeatedly sold the Plaintiff for sex at the Hotel Defendants' hotel properties and accordingly, participated in the trafficking venture that exploited her by the various means described herein.

299.    As a result of the Hotel Defendants violations of the TVPRA, Plaintiff has suffered substantial physical and psychological injuries, as well as other damages.

**WHEREFORE,** Plaintiff Jane Doe demands judgment against the Hotel Defendants for compensatory damages, costs, interest as allowed by law, and for such other relief as the Court deems just and demands a trial by jury on all issues so triable as a matter of right.

DATED this 16TH  day of March 2020.

/s/ C. *Richard Newsome*
**C. RICHARD NEWSOME, ESQUIRE**
Florida Bar No.:  827258
**R. FRANK MELTON, ESQUIRE**
Florida Bar No.: 0475440
**MILETTE E. WEBBER, ESQUIRE**

58

Florida Bar No.: 145874
**MAEGEN PEEK LUCA**
Florida Bar No.: 549851
**NEWSOME MELTON**
201 South Orange Avenue, Suite 1500
Orlando, Florida 32801
Telephone: (407) 648-5977
Facsimile: (407) 648-5282
*Attorneys for Plaintiff*
*newsome@newsomelaw.com*
*melton@newsomelaw.com*
*webber@newsomelaw.com*
*swinehart@newsomelaw.com*
*oneill@newsomelaw.com*
*luka@newsomelaw.com*


## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2020 a true and correct copy of the foregoing was furnished by CM/ECF to all counsel of record as listed below.


/s/ *C. Richard Newsome*
*Attorney*

J. Trumon Phillips
**DLA PIPER LLP (US)**
Florida Bar No. 84568
Fredrick H.L. McClure
Florida Bar No. 147354
3111 W. Dr. Martin Luther King Jr. Blvd., Suite 300
Tampa, Florida 33607-6233
Phone:  813-229-2111
Fax:  813-229-1447
Email: Fredrick.mcclure@dlapiper.com;
    trumon.phillips@dlapiper.com
    sheila.hall@dlapiper.com

David Sager (*pro hac vice* forthcoming)
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway , Suite 120
Short Hills, NJ 07078-2704
Phone: 973-520-2550
Email: david.sager@dlapiper.com

*Attorneys for Defendants*

*LQ Management L.L.C., CPLG HOL  L.L.C.,*
*CPLG Properties L.L.C., LQ FL Properties L.L.C*
*and La Quinta Worldwide, LLC*
David S. Harrigan
Therese A. Savona
Christopher J. Wyszynski
**Cole Scott & Kissane, P.A.**
Tower Place, Suite 400
1900 Summit Tower Boulevard
Orlando, FL 32810
Phone:  321-972-0014
Fax:  321-972-0099
Email: david.harrigan@csklegal.com
          christopher.wyszynski@csklegal.com
          myrna.liggett@csklegal.com

*Attorneys for Defendants*
*Rickey Patel, LLC /b/a Vacation Inn and Sky Motel, Inc.*


Onier Llopiz
Eric L. McAliley
**Lydecker Diaz**
2300 Glades Road, Suite 440W
Boca Raton, FL  33431
Phone:  786-587-1899
Fax:  305-416-3190
Email: ol@lydeckerdiaz.com
          elm@lydeckerdiaz.com
          adl@lydeckerdiaz.com
          cs@lydeckerdiaz.com
          christy@lydeckerdiaz.com

*Attorneys for Defendant*
*Surendra Patel d/b/a Budget Inn of Orlando*


Elan A. Gershoni
**DLA Piper LLP (US)**
200 South Biscayne Blvd., Suite 2500
Miami, FL  33131
Phone:  305-423-8554
Fax:  305-675-7885
Email: elan.gershoni@dlapiper.com

**-and-**

Angela C. Agrusa (*pro hac vice* forthcoming)
Shannon E. Dudic (*pro hac vice* forthcoming)
**DLA Piper LLP (US**)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
Phone:  310-595-3000
Fax:  310-595-3300
Email: angela.agrusa@dlapiper.com
            shannon.dudic@dlapiper.com

*Attorneys for Defendant G6*
*Hospitality LLC*

Bruce Trybus
**Cooney Trybus Kwavnick Peets**
1600 W. Commercial Blvd., Suite 200
Fort Lauderdale, FL 33309
Phone:  954-568-6669
Fax:  954-568-0085
Email: btrybus@ctkplaw.com
            reception@ctkplaw.com
            yhall@ctkplaw.com
            tzerof@ctkplaw.com

*Attorneys for Defendant*
*MW Plantation, LP d/b/a Sawgrass Inn & Conference Center*

Todd M. Hoepker
**Todd M. Hoepker, P.A.**
55 East Pine Street
Orlando, FL  32801
Phone:  407-426-2060
Fax:  407-426-2066
Email: toddhoepker@hoepkerlaw.com

*Attorney for Defendant Sweet Rose Corporation d/b/a Magic Castle Inn & Suites*

61